**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **KEYSTONE GAS CORPORATION,** | ) | **Case No. 22-12088-SAH** |
| | ) | |
| **Debtor.** | ) | |

**DECLARATION UNDER PENALTY OF PERJURY FOR**
**<u>NON-INDIVIDUAL DEBTORS, AND SCHEDULES</u>**

*/s/ Courtney D. Powell*
Courtney D. Powell, OBA No. 19444

SPENCER FANE LLP
9400 N. Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
Email:  cpowell@spencerfane.com
**PROPOSED ATTORNEY FOR DEBTOR**

**Fill in this information to identify the case:**

Debtor name **Keystone Gas Corporation**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **22-12088**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 12, 2022**       X _____
                                           Signature of individual signing on behalf of debtor

                                           **Richard Allen Sellers, III**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name   **Keystone Gas Corporation**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF OKLAHOMA

Case number (if known)   **22-12088-SAH**

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................   $   **5,959,077.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................   $   **1,241,054.32**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.........................................................................   $   **7,200,131.32**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $   **678,221.68**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $   **281,209.91**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$   **360,939.33**

4. **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b       $   **1,320,370.92**

**Fill in this information to identify the case:**

Debtor name **Keystone Gas Corporation**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **22-12088-SAH**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **RCB Bank** | **Checking** | 2300 | $253.32 |

| 4. | **Other cash equivalents** *(Identify all)* | |
|---|---|---|

| 5. | **Total of Part 1.** | $253.32 |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| 7.1. | **Gross Production Tax Bond No. S257722, Oklahoma Tax Commission** | $25,000.00 |
| 7.2. | **Bureau of Indian Affairs Performance Bond No. G07-2944, U.S. Department of the Interior** | $1,440.00 |

Debtor   **Keystone Gas Corporation**                              Case number *(If known)*  **22-12088-SAH**
        Name

7.3.   **Administrative Appeal Bond No. CBB0047341, U.S. Department of the Interior**                    $15,000.00

7.4.   **Retainer to Spencer Fane LLP**                                                                 $29,502.40

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                                          $70,942.40
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **10,000.00**    -         **0.00**    = ....              $10,000.00
                          face amount              doubtful or uncollectible accounts

11b. Over 90 days old:           **109,000.00**   -      **54,500.00**  =....               $54,500.00
                          face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                  $64,500.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.

Debtor   **Keystone Gas Corporation**
          _____
          Name

Case number *(If known)* **22-12088-SAH**

☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2008 GMC Sierra (5464)** | **$6,325.00** | **NADA Value** | **$6,325.00** |
| 47.2. **2012 Chevy Silverado (9965)** | **$14,500.00** | **NADA Value** | **$14,500.00** |
| 47.3. **2005 Freightliner Water Truck (8026)** | **$50,000.00** | **FMV** | **$50,000.00** |
| 47.4. **2018 Chevy Silverado (7882)** | **$27,200.00** | **NADA Value** | **$27,200.00** |
| 47.5. **2018 Chevy Silverado (5721)** | **$27,200.00** | **NADA Value** | **$27,200.00** |
| 47.6. **2017 Chevy Silverado (2791)** | **$26,050.00** | **NADA Value** | **$26,050.00** |
| 47.7. **2005 Chevy Silverado (1165)** | **$1,200.00** | **NADA Value** | **$1,200.00** |
| 47.8. **1998 Ford F800 (6835)** | **$15,000.00** | **NADA Value** | **$15,000.00** |
| 47.9. **2009 Ford F450 (2759)** | **$26,725.00** | **NADA Value** | **$26,725.00** |
| 47.10. **2011 Chevy Silverado (7200)** | **$12,600.00** | **NADA Value** | **$12,600.00** |
| 47.11. **2011 Chevy Silverado (9227)** | **$12,600.00** | **NADA Value** | **$12,600.00** |
| 47.12. **1999 Ford F350 (6792)** | **$15,500.00** | **NADA Value** | **$15,500.00** |
| 47.13. **2000 Ford F350 (0456)** | **$15,600.00** | **NADA Value** | **$15,600.00** |
| 47.14. **2006 Chevy Silverado (6582)** | **$2,125.00** | **NADA Value** | **$2,125.00** |
| 47.15. **2007 Ford F450 (7000)** | **$15,525.00** | **NADA Value** | **$15,525.00** |

Debtor **Keystone Gas Corporation**
Name

Case number *(If known)* **22-12088-SAH**

| | | | | |
|---|---|---|---|---|
| 47.16 | **2007 Chevy Silverado (4914)** | $3,900.00 | NADA Value | $3,900.00 |
| 47.17 | **1985 GMC TopKick (8011)** | $10,000.00 | NADA Value | $10,000.00 |
| 47.18 | **2007 GMC Sierra (7152)** | $6,375.00 | NADA Value | $6,375.00 |
| 47.19 | **2012 Dodge 3500 (1871)** | $21,475.00 | NADA Value | $21,475.00 |
| 47.20 | **2003 Chevy Silverado (3905)** | $225.00 | NADA Value | $225.00 |
| 47.21 | **2009 Chevrolet Silverado (2336)** | $7,950.00 | NADA Value | $7,950.00 |
| 47.22 | **2011 Chevrolet Silverado 2500 (8052)** | $12,600.00 | NADA Value | $12,600.00 |
| 47.23 | **CAT 420 F Backhoe, Serial # CAT0420FPSKR04246** | $50,000.00 | FMV | $50,000.00 |
| 47.24 | **Gooseneck Trailer (Big Tex) (3030)** | $15,000.00 | FMV | $15,000.00 |
| 47.25 | **Scrap Vacuum Truck - Inoperable** | $2,000.00 | FMV | $2,000.00 |
| 47.26 | **Older wrecked Chevy Silverado (flat) truck** | $500.00 | FMV | $500.00 |
| 47.27 | **Older Chevy Silverado (needs an engine)** | $1,500.00 | FMV | $1,500.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Miscellaneous pipeline parts and equipment** | $5,000.00 | FMV | $5,000.00 |
| **Miscellaneous Engines** | $10,000.00 | FMV | $10,000.00 |
| **Miscellaneous compressors and core for Waukesha V12** | $100,000.00 | FMV | $100,000.00 |

| Debtor | **Keystone Gas Corporation** | Case number *(If known)* | **22-12088-SAH** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Miscellaneous spare parts, pipeline, and welding equipment at GiGi Shop | $10,000.00 | FMV | $10,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | $524,675.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Cat G342 200 HP Engine w/ Compressor #5268 #71B03427** | **Compressor Station - HJD** | $100,000.00 | FMV | $100,000.00 |
| 55.2. **WAU-L5788GRU 800 HP Engine w/ Compressor #46056** | **Compressor Station - Enterprise 1** | $500,000.00 | FMV | $500,000.00 |
| 55.3. **Cooper GMXD6 400 HP Engine w/ Integral Compressor (43960)** | **Compressor Station - Enterprise 2** | $50,000.00 | FMV | $50,000.00 |
| 55.4. **Gas Conditioning Plant** | **Compressor Station - Enterprise 3** | $250,000.00 | FMV | $250,000.00 |
| 55.5. **G379A Cat 3300 Engine w Knight Compressor #72F00989** | **Compressor Station - Markham** | $75,000.00 | FMV | $75,000.00 |

Debtor    **Keystone Gas Corporation**
Name
        Case number *(If known)*  **22-12088-SAH**

| | | | | | |
|---|---|---|---|---|---|
| 55.6. | **WAU-L7042GSI 1200 HP Engine w/IR-RDS-4#YRS922# 307948** | **Compressor Station - GiGi** | **$700,000.00** | **FMV** | **$700,000.00** |
| 55.7. | **Cummins S#25124932 w/190 HP Engine w/ Vane#4004-71519-1** | **Compressor Station - Jones** | **$100,000.00** | **FMV** | **$100,000.00** |
| 55.8. | **Cummins S#11362882 w/190 HP Engine w/Vane#4004-77518-7** | **Compressor Station - Dacon** | **$100,000.00** | **FMV** | **$100,000.00** |
| 55.9. | **Cooper Type 80 HP Engine w Compressor #507** | **Compressor Station - Shamrock** | **$25,000.00** | **FMV** | **$25,000.00** |
| 55.10. | **Cummins S#2512750 w/190 HP Engine w/Vane #4004-77337-1** | **Compressor Station - Kolvin 1** | **$100,000.00** | **FMV** | **$100,000.00** |
| 55.11. | **Cummins S#25142002 w/190 HP Engine w/Vane#4004-77517-1** | **Compressor Station - Kolvin 2** | **$100,000.00** | **FMV** | **$100,000.00** |
| 55.12. | **WAU-F817GU 130 HP Engine w/IR-ESH Compressor #C-11591/2** | **Compressor Station - Glencoe 1** | **$150,000.00** | **FMV** | **$150,000.00** |
| 55.13. | **WAU-F817GU 130 HP Engine w/IR-ESH Compressor #132805** | **Compressor Station - Glencoe 2** | **$150,000.00** | | **$150,000.00** |
| 55.14. | **WAU-F817GU 130 HP Engine w/IR-ESH Compressor #266458** | **Compressor Station - Glencoe 3** | **$150,000.00** | **FMV** | **$150,000.00** |
| 55.15. | **WAU-F1197GU 195 HP Engine w/IR-ESH Compressor #221709** | **Compressor Station - Ingalls 1** | **$175,000.00** | **FMV** | **$175,000.00** |
| 55.16. | **WAU-F1197GU 195 HP Engine w/IR-ESH Compressor #386778** | **Compressor Station - Ingalls 2** | **$175,000.00** | **FMV** | **$175,000.00** |

Debtor     **Keystone Gas Corporation**                Case number *(If known)* **22-12088-SAH**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.17 · | **WAU-F1197GU 195 HP Engine w/IR-ESH Compressor #109948** | **Compressor Station - Ingalls 3** | **$175,000.00** | **FMV** | **$175,000.00** |
| 55.18 · | **WAU-L5790GU Engine w/Comp #OF6SU2 &Dehyd.#L-97072N** | **Compressor Station - Ingalls 4** | **$500,000.00** | **FMV** | **$500,000.00** |
| 55.19 · | **Arrow A54 (VRG330) Engine w/KHB Comp #5153 #P-2455** | **Compressor Station - Empire 1** | **$35,000.00** | **FMV** | **$35,000.00** |
| 55.20 · | **Waukesha (VRG330) Engine #35444340** | **Compressor Station - Empire 2** | **$35,000.00** | **FMV** | **$35,000.00** |
| 55.21 · | **Plant 1 Gas Conditioning Plant Built Exterran** | **Compressor Station - Mulhall Plant 1** | **$100,000.00** | **FMV** | **$100,000.00** |
| 55.22 · | **Plant 2 Gas Conditioning Plant Built Exterran** | **Compressor Station - Mulhall Plant 2** | **$100,000.00** | **FMV** | **$100,000.00** |
| 55.23 · | **Waukesha F1197 w/Joy Compressor #289632** | **Compressor Station - Avery 1** | **$80,000.00** | **FMV** | **$80,000.00** |
| 55.24 · | **Waukesha F817 w/GD Compressor # B14-5507** | **Compressor Station - Avery 2** | **$25,000.00** | **FMV** | **$25,000.00** |
| 55.25 · | **WAU-F1197GU Engine w/IR-ESH Comp #11CW321#366549** | **Compressor Station - Pawnee** | **$175,000.00** | **FMV** | **$175,000.00** |
| 55.26 · | **WAU-L7042GU 889 HP Engine w/WB72 Joy Comp #205520** | **Compressor Station - Mulhall 1** | **$500,000.00** | **FMV** | **$500,000.00** |
| 55.27 · | **WAU-L5790GU 800 HP Engine w/IR-RDS2 Comp#YRX2256** | **Compressor Station - Mulhall 2** | **$500,000.00** | **FMV** | **$500,000.00** |
| 55.28 · | **3212 N. Norfolk Road Cushing, OK 74023** | **Land Improvements** | **$22,104.00** | **Market Value** | **$22,104.00** |

Debtor    **Keystone Gas Corporation**                         Case number *(If known)*  **22-12088-SAH**
          Name

| | | | | |
|---|---|---|---|---|
| 55.29· | **48061 W. 51st Street S**<br>**Jennings, OK 74038**<br>**"Buckeye"** | Land | **$49,251.00** | Market Value | **$49,251.00** |
| 55.30· | **Pipeline - See attached Exhibit 55.30** | Pipeline | **Unknown** | | **Unknown** |
| 55.31· | **Pipeline Rights of Way and Easements - See attached Exhibit 55.31** | Rights of Way | **$514,642.00** | Market Value | **$514,642.00** |
| 55.32· | **E Lone Chimney Road**<br>**Payne County, OK** | Land Improvements - Glencoe | **$21,560.00** | Market Value | **$21,560.00** |
| 55.33· | **S Council Creek Road**<br>**Payne County, OK** | Land Improvements - Ingalls | **$26,520.00** | Market Value | **$26,520.00** |
| 55.34· | **12 Oil and Gas Leases - All near Avery, OK in Lincoln County** | Oil and Gas Leases | **$200,000.00** | | **$200,000.00** |

56.   **Total of Part 9.**                                                                    $5,959,077.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

60.   **Patents, copyrights, trademarks, and trade secrets**

61.   **Internet domain names and websites**

62.   **Licenses, franchises, and royalties**

Debtor    **Keystone Gas Corporation**                                    Case number *(If known)*  **22-12088-SAH**
          Name

|  | Priority One designation with Oklahoma Corporations Commission | **Unknown** | | **Unknown** |
|---|---|---|---|---|

| 63. | Customer lists, mailing lists, or other compilations | | | |
|---|---|---|---|---|
| 64. | Other intangibles, or intellectual property<br>Blue Flame Gas Company - 100% Ownership | $706.95 | Net Book Value | $706.95 |

65.    **Goodwill**

| 66. | **Total of Part 10.** | | **$706.95** |
|---|---|---|---|
|  | Add lines 60 through 65. Copy the total to line 89. | | |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Current value of debtor's interest

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties** (whether or not a lawsuit has been filed)

| **Causes of action against ODOT** | | **Unknown** |
|---|---|---|
| Nature of claim | Breach of Contract and other causes of action | |
| Amount requested | $1,000,000.00 | |

| **RCB Bank** | | **$28,251.90** |
|---|---|---|
| Nature of claim | Subsequent transferee of pre-petition transfer | |
| Amount requested | $28,251.90 | |

Debtor    **Keystone Gas Corporation**
Name

Case number *(If known)*  **22-12088-SAH**

**Claims against Marle Production Co., LLC; J.J. & K. Oil Company LLC; Levinson Smith & Huffman P.C.; Little River Energy Co.; Oakland Petroleum Operating; Yarhola Production Company; Lee Levinson; Steve Crowder; and Philip Osterhout**

Unknown

| Nature of claim | **Counter claims and causes of action for tortious interference** |
|---|---|
| Amount requested | **$0.00** |

**Breach of contract against City of Yale**

Unknown

| Nature of claim | **Breach of contract** |
|---|---|
| Amount requested | **$50,000.00** |

**Cause of action against Superior Pipeline**

Unknown

| Nature of claim | **Breach of Contract** |
|---|---|
| Amount requested | **$150,000.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**ODOT Contract - Norfolk Road**

$294,504.87

**ODOT Contract - Hwy 18**

$257,219.88

**Fort Cobb Fuel Authority Contract**

Unknown

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$579,976.65

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Keystone Gas Corporation**                                    Case number *(If known)*  **22-12088-SAH**
          <span style="font-size:smaller">Name</span>

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $253.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $70,942.40 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $64,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $524,675.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................> | | $5,959,077.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $706.95 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $579,976.65 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,241,054.32 | + 91b. $5,959,077.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,200,131.32 |

Keystone Gas Corporation, Case No. 22-12088
Schedule A/B
Supplement to Part 9, No. 55.30, Pipeline

**Keystone Gas Corporation - Pipe by County, Size and Status**

*Active Pipe*

| Feet | Miles | County, Type, Diameter | |
|---|---|---|---|
| 1,270 | 0.241 | Creek County, Active 1" Poly | |
| 123,329 | 23.356 | Creek County, Active 2" Poly | |
| 126,819 | 24.019 | Creek County, Active 2" Steel | |
| 133,178 | 25.224 | Creek County, Active 2-1/2" Steel | |
| 166,483 | 31.531 | Creek County, Active 3" Poly | |
| 101,519 | 19.228 | Creek County, Active 3" Steel | |
| 74,703 | 14.149 | Creek County, Active 4" Poly | |
| 110,665 | 20.958 | Creek County, Active 4" Steel | |
| 41,680 | 7.898 | Creek County, Active 5" Steel | |
| 5,908 | 1.119 | Creek County, Active 5-1/2" Steel | |
| 121,850 | 23.078 | Creek County, Active 6" Poly | |
| 195,821 | 37.087 | Creek County, Active 6" Steel | |
| 62,188 | 11.778 | Creek County, Active 7" Steel | |
| 20,086 | 3.804 | Creek County, Active 8" Poly | |
| 407,688 | 77.214 | Creek County, Active 8" Steel | |
| 1,629 | 0.309 | Creek County, Active 8-1/4" Steel | |
| 44,297 | 8.390 | Creek County, Active 10" Poly | |
| 23,544 | 4.459 | Creek County, Active 10" Steel | |
| 36,884 | 6.986 | Creek County, Active 12" Steel | |
| 15,101 | 2.860 | Creek County, Active 12-3/4" Steel | |
| 5,993 | 1.135 | Creek County, Active 20" Steel | |
| 1,820,635 | 344.822 | Total Creek County | |

*Inactive Pipe*

| Feet | Miles | County, Type, Diameter | |
|---|---|---|---|
| 618 | 0.117 | Creek County, Inactive 10" Steel | |
| 3,759 | 0.712 | Creek County, Inactive 12" Steel | |
| 56,454 | 10.692 | Creek County, Inactive 2" Poly | |
| 400,764 | 75.902 | Creek County, Inactive 2" Steel | |
| 210,514 | 39.870 | Creek County, Inactive 2-1/2" Steel | |
| 70,547 | 13.361 | Creek County, Inactive 3" Poly | |
| 198,476 | 37.590 | Creek County, Inactive 3" Steel | |
| 8,262 | 1.565 | Creek County, Inactive 4" Poly | |
| 208,437 | 39.477 | Creek County, Inactive 4" Steel | |
| 51,178 | 9.693 | Creek County, Inactive 5" Steel | |
| 5,210 | 0.987 | Creek County, Inactive 5-1/2" Steel | |
| 3,019 | 0.572 | Creek County, Inactive 5-3/16" Steel | |
| 366,161 | 69.349 | Creek County, Inactive 6" Steel | |
| 1,214 | 0.230 | Creek County, Inactive 6-5/8" Steel | |
| 26,950 | 5.104 | Creek County, Inactive 7" Steel | |
| 72,974 | 13.821 | Creek County, Inactive 8" Steel | |
| 1,684,537 | 319.041 | Total Creek County Inactive | |

| Feet | Miles | County, Type, Diameter | |
|---|---|---|---|
| 41,187 | 7.801 | Lincoln County, Active 3" Poly | |
| 42,338 | 8.019 | Lincoln County, Active 4" Steel | |
| 13,144 | 2.489 | Lincoln County, Active 6" Poly | |
| 10,477 | 1.984 | Lincoln County, Active 6" Steel | |
| 58,628 | 11.104 | Lincoln County, Active 8" Steel | |
| 165,774 | 31.397 | Total Lincoln County | |

| Feet | Miles | County, Type, Diameter | |
|---|---|---|---|
| 344 | 0.065 | Lincoln County, Inactive 2" Poly | |
| 9,608 | 1.820 | Lincoln County, Inactive 3" Poly | |
| 5,561 | 1.053 | Lincoln County, Inactive 4" Steel | |
| 15,513 | 2.938 | Total Lincoln County Inactive | |

| Feet | Miles | County, Type, Diameter | |
|---|---|---|---|
| 10,449 | 1.979 | Logan County, Active 16" Steel | |
| 10,449 | 1.979 | Total Logan County | |

**Keystone Gas Corporation - Pipe by County, Size and Status**          pg2

| Feet | Miles | County, Type, Diameter | |
|---|---|---|---|
| 4,634 | 0.878 | Osage County, Inactive 2" Poly | |
| 1,025 | 0.194 | Osage County, Inactive 2" Steel | |
| 105,818 | 20.041 | Osage County, Inactive 3" Steel | |
| 41,434 | 7.847 | Osage County, Inactive 4" Steel | |
| 131,624 | 24.929 | Osage County, Inactive 6" Steel | |
| 3,607 | 0.683 | Osage County, Inactive Unknown | |
| | | | |
| 288,142 | 54.572 | Total Osage County Inactive | |

| Feet | Miles | County, Type, Diameter | |
|---|---|---|---|
| 69,865 | 13.232 | Pawnee County, Active 2" Poly | |
| 4,518 | 0.856 | Pawnee County, Active 2" Steel | |
| 164,548 | 31.164 | Pawnee County, Active 3" Poly | |
| 3,927 | 0.744 | Pawnee County, Active 3" Steel | |
| 161,223 | 30.535 | Pawnee County, Active 4" Poly | |
| 33,532 | 6.351 | Pawnee County, Active 4" Steel | |
| 128,290 | 24.297 | Pawnee County, Active 6" Poly | |
| 643 | 0.122 | Pawnee County, Active 6" Steel | |
| 214,331 | 40.593 | Pawnee County, Active 8" Poly | |
| 35,474 | 6.719 | Pawnee County, Active 10" Poly | |
| | | | |
| 816,351 | 154.612 | Total Pawnee County | |

| Feet | Miles | County, Type, Diameter | |
|---|---|---|---|
| 16,674 | 3.158 | Pawnee County, Inactive 10" Poly | |
| 49,830 | 9.438 | Pawnee County, Inactive 2" Poly | |
| 18,696 | 3.541 | Pawnee County, Inactive 2" Steel | |
| 130,034 | 24.628 | Pawnee County, Inactive 3" Poly | |
| 81,087 | 15.357 | Pawnee County, Inactive 4" Poly | |
| 2,006 | 0.380 | Pawnee County, Inactive 4" Steel | |
| 124,475 | 23.575 | Pawnee County, Inactive 6" Poly | |
| 145,985 | 27.649 | Pawnee County, Inactive 6" Steel | |
| 12,931 | 2.449 | Pawnee County, Inactive 8" Poly | |
| | | | |
| 581,718 | 110.174 | Total Pawnee County Inactive | |

| Feet | Miles | County, Type, Diameter | |
|---|---|---|---|
| 151,990 | 28.786 | Payne County, Active 12-3/4" Steel | |
| 66,697 | 12.632 | Payne County, Active 16" Steel | |
| 105,834 | 20.044 | Payne County, Active 2" Poly | |
| 33,225 | 6.293 | Payne County, Active 2" Steel | |
| 156,594 | 29.658 | Payne County, Active 3" Poly | |
| 66,251 | 12.548 | Payne County, Active 3" Steel | |
| 123,220 | 23.337 | Payne County, Active 4" Poly | |
| 137,615 | 26.063 | Payne County, Active 4" Steel | |
| 8,522 | 1.614 | Payne County, Active 4-1/2" Steel | |
| 10,579 | 2.004 | Payne County, Active 5" Steel | |
| 90,474 | 17.135 | Payne County, Active 6" Poly | |
| 97,681 | 18.500 | Payne County, Active 6" Steel | |
| 17,166 | 3.251 | Payne County, Active 6-5/8" Steel | |
| 1,456 | 0.276 | Payne County, Active 7" Steel | |
| 99,845 | 18.910 | Payne County, Active 8" Poly | |
| 158,249 | 29.971 | Payne County, Active 8" Steel | |
| 3,805 | 0.721 | Payne County, Active unknown | |
| | | | |
| 1,329,203 | 251.743 | Total Payne County * | |

| Feet | Miles | County, Type, Diameter | |
|---|---|---|---|
| 40,427 | 7.657 | Payne County, Inactive 2" Poly | |
| 46,100 | 8.731 | Payne County, Inactive 2" Steel | |
| 5,445 | 1.031 | Payne County, Inactive 2-1/2" Steel | |
| 121,591 | 23.029 | Payne County, Inactive 3" Poly | |
| 45,434 | 8.605 | Payne County, Inactive 3" Steel | |
| 11,281 | 2.137 | Payne County, Inactive 4" Poly | |
| 76,019 | 14.398 | Payne County, Inactive 4" Steel | |
| 3,675 | 0.696 | Payne County, Inactive 5-1/2" Steel | |
| 56,785 | 10.755 | Payne County, Inactive 6" Poly | |
| 41,286 | 7.819 | Payne County, Inactive 6" Steel | |
| 86,392 | 16.362 | Payne County, Inactive 7" Steel | |
| 5,284 | 1.001 | Payne County, Inactive 8" Poly | |
| 64,183 | 12.156 | Payne County, Inactive 8" Steel | |
| 63,815 | 12.086 | Payne County, Inactive unknown | |
| | | | |
| 667,717 | 126.462 | Total Payne County Inactive | |

| 4,478,907 | feet total active pipe |
|---|---|
| 848 | miles total active pipe |

| 3,237,627 | feet total inactive pipe |
|---|---|
| 613 | miles total inactive pipe |

*Approx. 6 feet of pipe in Payne County was sold in
connection with the sale of the Stillwater system. See
Statement of Financial Affairs, Part 6, No. 13.

CS CamScanner

Keystone Gas Corporation
Case No. 22-12088
Schedule A/B - Exhibit 55.31

| Description of Property | Location of Property | Nature and Extent of Debtor's Interest in Property | Net Book Value of Debtor's Interest | Valuation Method for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| Lessor -- Louis Jeske<br>Lease No.<br>Dated: October 12, 2004 | State: OK<br>County: Payne<br>Section: 11<br>Township: 18N<br>Range: 5E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Louis Jeske<br>Lease No.<br>Dated: October 12, 2004 | State: OK<br>County: Payne<br>Section: 10<br>Township: 18N<br>Range: 5E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Roger Passick<br>Lease No.<br>Dated: October 20, 2005 | State: OK<br>County: Payne<br>Section: 9<br>Township: 18N<br>Range: 4E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Donald R. Boyles and Juanita J. Boyles Revocable Trust<br>Lease No.<br>Dated: October 21, 2005 | State: OK<br>County: Payne<br>Section: 9<br>Township: 18N<br>Range: 4E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Lee Thompson<br>Lease No.<br>Dated: August 1, 2006 | State: OK<br>County: Payne<br>Section: 24<br>Township: 18N<br>Range: 5E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Dorothy Laughlin<br>Lease No.<br>Dated: October 30, 2008 | State: OK<br>County: Payne<br>Section: 2<br>Township: 18N<br>Range: 5E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Virginia McClellin<br>Lease No.<br>Dated: February 28, 2009 | State: OK<br>County: Payne<br>Section: 3<br>Township: 18N<br>Range: 5E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |

| | | | | | |
|---|---|---|---|---|---|
| Lessor -- Violet Harris<br>Lease No.<br>Dated: February 26, 2009 | State: OK<br>County: Payne<br>Section: 3<br>Township: 18N<br>Range: 5E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Mike Lauderdale<br>Lease No.<br>Dated: June 10, 2009 | State: OK<br>County: Payne<br>Section: 25<br>Township: 18N<br>Range: 5E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Troy and Trena Withey<br>Lease No.<br>Dated: April 23, 2011 | State: OK<br>County: Payne<br>Section: 15<br>Township: 18N<br>Range: 1E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- John E. Lee<br>Lease No.<br>Dated: October 3, 2012 | State: OK<br>County: Payne<br>Section: 10<br>Township: 18N<br>Range: 2E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Carl D. Moreland<br>Lease No.<br>Dated: December 19, 2012 | State: OK<br>County: Payne<br>Section: 14<br>Township: 18N<br>Range: 2E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Shad Hane or Melinda Hane<br>Lease No.<br>Dated: January 3, 2013 | State: OK<br>County: Payne<br>Section: 15<br>Township: 18N<br>Range: 2E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Mary A. Jett<br>Lease No.<br>Dated: March 20, 2013 | State: OK<br>County: Payne<br>Section: 15<br>Township: 18N<br>Range: 6E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Randy Ryan<br>Lease No.<br>Dated: April 8, 2013 | State: OK<br>County: Payne<br>Section: 15<br>Township: 18N<br>Range: 6E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |

| | | | | | |
|---|---|---|---|---|---|
| Lessor -- Keith W. Schmidt and Shelley D. Schmidt<br>Lease No.<br>Dated: August 20, 2013 | State: OK<br>County: Payne<br>Section: 15<br>Township: 18N<br>Range: 2E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Carla L. Meadors and Rusty Focht<br>Lease No.<br>Dated: January 23, 2014 | State: OK<br>County: Payne<br>Section: 15<br>Township: 18N<br>Range: 2E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Darrel Robinson<br>Lease No.<br>Dated: April 22, 2014 | State: OK<br>County: Payne<br>Section: 34<br>Township: 18N<br>Range: 5E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Quadco<br>Lease No.<br>Dated: April 29, 2014 | State: OK<br>County: Payne<br>Section: 35<br>Township: 18N<br>Range: 5E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- BKEP Pipeline, L.L.C.<br>Lease No.<br>Dated: March 6, 2017 | State: OK<br>County: Payne<br>Section: Multiple<br>Township: Multiple<br>Range: Multiple | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- The First Baptist Church of Cushing<br>Lease No.<br>Dated: September 11, 2018 | State: OK<br>County: Payne<br>Section: 35<br>Township: 18N<br>Range: 5E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- DCP Midstream, LP<br>Lease No.<br>Dated: December 4, 2008 | State: OK<br>County: Payne<br>Section: 21<br>Township: 19N<br>Range: 2E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Duke Energy Field Services Assets, LP<br>Lease No.<br>Dated: August 16, 2001 | State: OK<br>County: Creek<br>Section: 34<br>Township: 18N<br>Range: 9E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |

| | | | | | |
|---|---|---|---|---|---|
| Lessor -- Mark A. Sellers<br>Lease No.<br>Dated: April 2, 2003 | State: OK<br>County: Creek<br>Section: 23<br>Township: 17N<br>Range: 7E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- George Matherly<br>Lease No.<br>Dated: October 14, 2003 | State: OK<br>County: Creek<br>Section: 16 and 17<br>Township: 18N<br>Range: 8 | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor --Austin Goings<br>Lease No.<br>Dated: August 24, 2006 | State: OK<br>County: Creek<br>Section: 5<br>Township: 18N<br>Range: 9E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Arthur Thomas<br>Lease No.<br>Dated: August 31, 2006 | State: OK<br>County: Creek<br>Section: 8<br>Township: 18N<br>Range: 9E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Dan A. Simonton and Geraldine L. Simonton<br>Lease No.<br>Dated: November 22, 2000 | State: OK<br>County: Creek<br>Section: 1<br>Township: 17N<br>Range: 7E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Dwain Flatt, and Dracy Flatt<br>Lease No.<br>Dated: November 22, 2000 | State: OK<br>County: Creek<br>Section: 16<br>Township: 17N<br>Range: 7E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- The Estate of Ella E. Glimp through its Co-personal Representatives, Dale S. Glimp and H. Earl Glimp<br>Lease No.<br>Dated: November 22, 2000 | State: OK<br>County: Creek<br>Section: 1<br>Township: 17N<br>Range: 7E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Gloria Curry<br>Lease No.<br>Dated: May 3, 2007 | State: OK<br>County: Creek<br>Section: 18<br>Township: 17N<br>Range: 7E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |

| | | | | | |
|---|---|---|---|---|---|
| Lessor -- John and Bonnie Sweeten<br>Lease No.<br>Dated: April 27, 2010 | State: OK<br>County: Creek<br>Section: 7<br>Township: 18N<br>Range: 7E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- Canyon Creek Ranch, LLC<br>Lease No.<br>Dated: October 7, 2016 | State: OK<br>County: Creek<br>Section: 28<br>Township: 17N<br>Range: 7E | Right-Of-Way Easement | Undetermined | N/A | Undetermined |
| Lessor -- The Drumright Municipal Healthcare Authority, a Public Trust Authority<br>Lease No.<br>Dated: January 24, 2003 | State: OK<br>County: Creek<br>Section: 31<br>Township: 18N<br>Range: 7E | Utility Easement | Undetermined | N/A | Undetermined |

**Fill in this information to identify the case:**

Debtor name    **Keystone Gas Corporation**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)    **22-12088-SAH**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

### 2.1  Ally Bank
Creditor's Name

| | Amount of claim | Value of collateral |
|---|---|---|
| Describe debtor's property that is subject to a lien<br>**2018 Chevy Silverado (7882)** | **$10,149.00** | **$27,200.00** |

**P.O. Box 380902**
**Minneapolis, MN 55438**
Creditor's mailing address

Describe the lien
**Vehicle Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1651**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

### 2.2  Ally Bank
Creditor's Name

| | Amount of claim | Value of collateral |
|---|---|---|
| Describe debtor's property that is subject to a lien<br>**2018 Chevy Silverado (5721)** | $8,484.69 | $27,200.00 |

**P.O. Box 380902**
**Minneapolis, MN 55438**
Creditor's mailing address

Describe the lien
**Vehicle Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9737**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

Debtor **Keystone Gas Corporation**
Name

Case number (if known) **22-12088-SAH**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Bank** |
| --- | --- |

Creditor's Name

**P.O. Box 380902**
**Minneapolis, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2017 Chevy Silverado (2791)**

**Describe the lien**
**Vehicle Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,733.83          $26,050.00

---

| 2.4 | **BankDirect Capital Finance** |
| --- | --- |

Creditor's Name

**150 North Field Drive**
**Suite 190**
**Lake Forest, IL 60045**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Unearned Insurance Premiums**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$15,271.38          Unknown

---

| 2.5 | **Caterpillar Financial Services Corp.** |
| --- | --- |

Creditor's Name

**2120 West End Avenue**
**Nashville, TN 37203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Unreleased UCC-1**
**Is the creditor an insider or related party?**
■ No

$0.00          $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

| Debtor | **Keystone Gas Corporation** | Case number (if known) | **22-12088-SAH** |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **De Lange Landen Financial Services, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Road**
**Wayne, PA 19087**
Creditor's mailing address

**Describe the lien**
**Unreleased UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $213,227.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

**Describe the lien**
**Federal Tax Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  **Keystone Gas Corporation**
_____
Name

Case number (if known)  **22-12088-SAH**

| 2.8 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $100,310.65 | $0.00 |

Creditor's Name

**Centralized Insolvency
Operation
P.O. Box 7346
Philadelphia, PA 19101**
Creditor's mailing address

**Describe the lien**
**Federal Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $199,938.00 | $0.00 |

Creditor's Name

**Centralized Insolvency
Operation
P.O. Box 7346
Philadelphia, PA 19101**
Creditor's mailing address

**Describe the lien**
**Federal Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $2,346.90 | $0.00 |

Creditor's Name

**Centralized Insolvency
Operation
P.O. Box 7346
Philadelphia, PA 19101**
Creditor's mailing address

**Describe the lien**
**Federal Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

Debtor    **Keystone Gas Corporation**                                    Case number (if known)    **22-12088-SAH**
_____
Name

**Date debt was incurred**                          ☐ No
                                                    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Oklahoma Tax Commission** | Describe debtor's property that is subject to a lien | **$63,760.23** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy
P.O. Box 269056
Oklahoma City, OK 73126**
Creditor's mailing address

**Describe the lien**
**State Tax Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **RCB Bank** | Describe debtor's property that is subject to a lien | **$62,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1985 GMC (8011); 1998 Ford (6835); 1999 Ford (6792); 2000 Ford (0456); 2005 Chevrolet (1165); 2007 Ford (7000); 2007 Chevrolet (4914); 2007 GMC (7152); 2009 Ford (2759); 2012 Dodge (1871); etc.**

**P.O. Box 189
Claremore, OK 74018**
Creditor's mailing address

**Describe the lien**
**Vehicles**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**517L**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

Debtor   **Keystone Gas Corporation**

Name

Case number (if known)   **22-12088-SAH**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $678,221.68

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Keystone Gas Corporation** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number (if known) | **22-12088-SAH** |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Alvin Rusco**<br>**45210 West Hwy 51**<br>**Jennings, OK 74038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,628.88 | $13,628.88 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Charles Lindsey Riddle**<br>**43747 West 131st Street**<br>**Bristow, OK 74010** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,024.20 | $7,024.20 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Keystone Gas Corporation | Case number (if known) | 22-12088-SAH |
|--------|--------------------------|------------------------|--------------|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87,400.40 | $87,400.40 |
|-----|---|---|---|---|
| | **Creek County Treasurer**<br>**317 E. Lee, Room 201**<br>**Sapulpa, OK 74066** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136,453.38 | $136,453.38 |
|-----|---|---|---|---|
| | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Federal Income Tax Period 2018** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,764.67 | $21,764.67 |
|-----|---|---|---|---|
| | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**2020 Payroll Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,938.38 | $8,938.38 |
|-----|---|---|---|---|
| | **Jeremy W. Tillery**<br>**320 West Web Street**<br>**Glencoe, OK 74032** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Keystone Gas Corporation** | | Case number (if known) | **22-12088-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,000.00** | **$6,000.00** |
|---|---|---|---|---|

**Myrna Sellers**
**52594 West 101st Street South**
**Drumright, OK 74030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Richard Allen Sellers, III**
**P.O. Box 711**
**Drumright, OK 74030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$921.57** |
|---|---|---|---|

**ADT Security Services**
**3190 S. Vaughn Way**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Advance Oil**
**14504 Hwy 75 Alternate**
**Kiefer, OK 74041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82.06** |
|---|---|---|---|

**Airgas USA, LLC**
**P.O. Box 734671**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number  **8018**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Keystone Gas Corporation** | Case number (if known) | **22-12088-SAH** |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.4** Nonpriority creditor's name and mailing address
**Allen Baugh**
12589 South 486th W. Avenue
Drumright, OK 74030

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.5** Nonpriority creditor's name and mailing address
**Arco Environmental Remediation, LLC**
1701 Summit, Suite 2
Plano, TX 75074

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

**$5,722.05**

---

**3.6** Nonpriority creditor's name and mailing address
**Aruba Petroleum, Inc.**
555 Republic Drive
Plano, TX 75074

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.7** Nonpriority creditor's name and mailing address
**AT&T**
208 S. Akard Street
Dallas, TX 75201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☑ No  ☐ Yes

**$2,349.24**

---

**3.8** Nonpriority creditor's name and mailing address
**Atchley Resources, Inc.**
13903 Quail Pointe Drive
Oklahoma City, OK 73134

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.9** Nonpriority creditor's name and mailing address
**B&G Oil Co.**
P.O. Box 558
Hominy, OK 74035

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.10** Nonpriority creditor's name and mailing address
**Baker Hughes Oilfield Inc.**
1333 Corporate Drive #300
Irving, TX 75038

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

| Debtor | **Keystone Gas Corporation** | Case number (if known) | **22-12088-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Barta Enterprises, LLC**
**6401 Rambridge Drive**
**Oklahoma City, OK 73162**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,123.28

**Battery Outfitters**
**P.O. Box 215**
**Golden, MO 65658**

Date(s) debt was incurred _

Last 4 digits of account number  **9118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Becca Oil, LLC**
**P.O. Box 1347**
**Cushing, OK 74023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Benson Minerals Group, Inc.**
**1560 Broadway #1900**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Berexco LLC**
**2020 Bramblewood**
**Wichita, KS 67206**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Big Four Operation**
**1214 South Highland**
**Cushing, OK 74023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brandon & Regina Brunker**
**7222 S. Fairgrounds Road**
**Stillwater, OK 74074**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Keystone Gas Corporation** | Case number (if known) | **22-12088-SAH** |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**C & B Oil Company**
P.O. Box 176
Drumright, OK 74030

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**C&C Production LLC**
P.O. Box 1861
Muskogee, OK 74402

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Casa Grande Exploration Co.**
11371 Waverly Drive
Casa Grande, AZ 85194

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cher Oil Company Inc.**
7317 S. Ripley Road
Ripley, OK 74062

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chizum Oil, LLC**
P.O. Box 123
Andover, KS 67002

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chris Clemenshine**
2425 E. 53rd Street
Tulsa, OK 74105

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Circle 9 Resources LLC**
P.O. Box 249
Oklahoma City, OK 73101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Keystone Gas Corporation**                       Case number (if known)  **22-12088-SAH**
Name

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Circle K Oil & Gas**<br>**P.O. Box 276**<br>**Sand Springs, OK 74063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **City of Yale**<br>**209 N. Main Street**<br>**Yale, OK 74085** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  <u>Pending Lawsuit</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Clemishire Drilling Co.**<br>**2425 E. 53rd Street**<br>**Tulsa, OK 74105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Clyde Matheson Jr. & Nancy C. Trust**<br>**2208 S. Council Creek Road**<br>**Stillwater, OK 74074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  <u>Vendor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Community Care**<br>**P.O. Box 3249**<br>**Tulsa, OK 74101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  <u>Services Rendered</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Concorde Resources Corporation**<br>**P.O. Box 841**<br>**Eufaula, OK 74432** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Dan A. and Geraldine L. Simonton**<br>**48098 W. 131st Street South**<br>**Drumright, OK 74030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor  **Keystone Gas Corporation**                                   Case number (if known)   **22-12088-SAH**

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $7,892.80 |

**Davco Fab**
**P.O. Box 361**
**921 North Main**
**Jennings, OK 74038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $6,152.29 |

**Dell Financial Services**
**Resurgent Acquisitions LLC**
**c/o Resurgent Capital Services LP**
**55 Beattie Place, Suite 110**
**Greenville, SC 29601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/20/2005__

**Basis for the claim:** __

Last 4 digits of account number  __8903__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. Unknown |

**Delong Oil & Gas, Inc.**
**P.O. Box 591**
**Drumright, OK 74030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $656.25 |

**Department of the Army**
**U.S. Army Corp. of Engineers**
**5722 Integrity Drive**
**Millington, TN 38054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Rental__

Last 4 digits of account number  __0073__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $19,000.00 |

**Dexxon Yarhola**
**732 Indiana Avenue**
**Kiefer, OK 74041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Royalties from 2019__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. Unknown |

**Dorla M. Brown Living Trust**
**2156 E. 48th Place**
**Tulsa, OK 74105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. Unknown |

**E. Nossaman Oil, Inc.**
**429 W. Ercoupe Drive**
**Midwest City, OK 73110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Keystone Gas Corporation**
Name

Case number (if known)    **22-12088-SAH**

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Eagle River Energy Corp.**
3701 S. Orange Circle
Broken Arrow, OK 74011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Earl Oil, Inc.**
1910 Copperfield
Stillwater, OK 74074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,789.99 |

**Earl-Le Dozier, LLC**
P.O. Box 351
512 W. Highway 33
Drumright, OK 74030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Earl-Le Oil Company**
15341 S. 465th West Avenue
Bristow, OK 74010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edge Oil Company**
P.O. Box 284
Cleveland, OK 74020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Emerald Oil LLC**
369142 East 960 Road
Welty, OK 74833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fairview Production**
P.O. Box 1995
Muldrow, OK 74948

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Keystone Gas Corporation | Case number (if known) | 22-12088-SAH |
|--------|--------------------------|------------------------|--------------|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Fallen Timbers Energy, LLC**
2202 E. 49th Street
Suite 330
Tulsa, OK 74105

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-------|

**Fowler of Tulsa C LLC**
c/o Michael S. Fowler
2721 NW 36th Avenue
Norman, OK 73072

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**G & C Petroleum Inc.**
102 W. Boston Avenue
Yale, OK 74085

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Gary & Dee Dee Tucker**
P.O. Box 53
Jennings, OK 74038

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Glimp Oil Company**
P.O. Box 391
Drumright, OK 74030

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**GMG Oil & Gas Corporation**
P.O. Box 1235
Okmulgee, OK 74447

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Greg Sparks**
P.O. Box 3897
Afton, OK 74331

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Keystone Gas Corporation** | Case number (if known) | **22-12088-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Gungoll, Jackson, Box, Devoll, PC**
**P.O. Box 1549**
**Enid, OK 73702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$2,415.71**

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Harold Cundiff**
**11906 S. Country Club Road**
**Stillwater, OK 74059**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Harris Oil Co., Inc.**
**Drawer 112**
**Cushing, OK 74023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,936.72**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**Huntington Energy, L.L.C.**
**908 N.W. 71st Street**
**Oklahoma City, OK 73116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Indian Electric Coop**
**2506 E. Highway 64**
**Cleveland, OK 74020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Industrial Oils Unlimited**
**P.O. Box 3066**
**Tulsa, OK 74101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,852.94**

---

**3.59**

**Nonpriority creditor's name and mailing address**
**J.A. Marrs Oil Company**
**P.O. Box 1157**
**Drumright, OK 74030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Keystone Gas Corporation**                                    Case number (if known)    **22-12088-SAH**
_____
Name

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **J.J. & K. Oil Company LLC**<br>**114 NW 8th Street**<br>**Oklahoma City, OK 73102** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Levinson Lawsuit | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,815.20 |
|---|---|---|---|
| | **Jacam Chemicals 2013 LLC**<br>**205 S. Broadway**<br>**P.O. Box 96**<br>**Sterling, KS 67579** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Vendor | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,100.00 |
|---|---|---|---|
| | **James J. Hodgens, PC**<br>**P.O. Box 686**<br>**301 West Main Street**<br>**Stroud, OK 74079** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Legal Services Rendered | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,045.56 |
|---|---|---|---|
| | **Jaye Wilson**<br>**3166 Old Hwy 52 South**<br>**Pilot Mountain, NC 27041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Vendor | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jeff Scott**<br>**1805 E. 32nd Place**<br>**Tulsa, OK 74105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,045.56 |
|---|---|---|---|
| | **Joe Waters**<br>**P.O. Box 70**<br>**Luther, OK 73054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Vendor | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Keener Oil & Gas Company**<br>**1648 South Boston**<br>**Suite 200**<br>**Tulsa, OK 74119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Keystone Gas Corporation**                                    Case number (if known)    **22-12088-SAH**

Name

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KLO, LLC**
**c/o David W. Kvach**
**321 S. Frankfort Avenue**
**Tulsa, OK 74120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Koby Oil Company, LLC**
**P.O. Box 1945**
**Oklahoma City, OK 73101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Larry & Sheila Martin**
**46751 E. 42nd Road**
**Pawnee, OK 74058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry Wolff**
**750033 South 3540 Road**
**Cushing, OK 74023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lee Levinson**
**Levinson, Smith & Huffman, P.C.**
**1743 E. 71st Street**
**Tulsa, OK 74136**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Levinson Smith & Huffman P.C.**
**1743 East 71st Street**
**Tulsa, OK 74136**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Levinson Lawsuit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lincoln County Treasurer**
**811 Manvel Avenue #6**
**Chandler, OK 74834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Keystone Gas Corporation** | Case number (if known) | **22-12088-SAH** |
|---|---|---|---|

Name

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|

**Little River Energy Co.**
**1260 E. Broadway Street**
**Drumright, OK 74030**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Levinson Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,584.00** |
|---|---|---|

**Logan County RWD #3**
**P.O. Box 187**
**Marshall, OK 73056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0913__

Basis for the claim: __Services Rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|

**Logan County Treasurer**
**Logan County Courthouse**
**301 E. Harrison Avenue #100**
**Guthrie, OK 73044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|

**Lojel Energy, LLC**
**9724 Briarcreek**
**Oklahoma City, OK 73162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|

**Loki Oil LLC**
**1800 South Little Avenue**
**Cushing, OK 74023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|

**Loy Boyle d/b/a High Energy**
**P.O. Box 1762**
**Cushing, OK 74023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|

**Maggard Supply & Oil Company**
**257 Will Hayes Road**
**Ellisville, MS 39437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Keystone Gas Corporation**

Name

Case number (if known)   **22-12088-SAH**

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark A. Sellers**
**P.O. Box 443**
**Drumright, OK 74030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marle Production Co. LLC**
**5310 E. 31st Street**
**Suite 900**
**Tulsa, OK 74135**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Levinson Lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marvin & Mary Vann**
**36356 Pinehill Road**
**Bristow, OK 74010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Max Haken Glenco**
**9815 N. Bethel Road**
**Glencoe, OK 74032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,839.64 |
|---|---|---|---|

**Measurement Solutions, Inc.**
**6705 E. 81st Street**
**Suite 156**
**Tulsa, OK 74133**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gas Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,817.42 |
|---|---|---|---|

**Memorial Machine**
**6303 S. 40th West Avenue**
**Tulsa, OK 74132**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Rendered**

Last 4 digits of account number  **2002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mickalson Operating Company**
**P.O. Drawer 409**
**Jennings, OK 74038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Keystone Gas Corporation** | Case number (if known) | **22-12088-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Mid-Con Energy, III L.L.C.**
**2341 East 61st Street, Suite 850**
**Tulsa, OK 74136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00**

**Mike Lauderdale Enterprise**
**3215 E. Deep Rock Road**
**Cushing, OK 74023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Lease for yard__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Myrna Sellers**
**52594 West 101st Street South**
**Drumright, OK 74030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Expenses__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**NBI Services, Inc.**
**P.O. Box 4470**
**Tulsa, OK 74159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nossaman E Oil Co., Inc.**
**P.O. Box 15793**
**Oklahoma City, OK 73155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Oak Hill Petroleum Corporation**
**1611 Randel Road**
**Oklahoma City, OK 73116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Oakland Petroleum Operating**
**7318 S. Yale Avenue**
**Suite B**
**Tulsa, OK 74136**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Levinson Lawsuit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Keystone Gas Corporation | Case number (if known) | 22-12088-SAH |
|---|---|---|---|
| | Name | | |

---

**3.95**

**Nonpriority creditor's name and mailing address**
**Office of Natural Resources Revenue**
**6525 N. Meridian Avenue**
**Suite 270**
**Oklahoma City, OK 73116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.96**

**Nonpriority creditor's name and mailing address**
**OGE Energy Corp.**
**P.O. Box 321**
**Oklahoma City, OK 73101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,234.33**

---

**3.97**

**Nonpriority creditor's name and mailing address**
**Oil State Petroleum**
**P.O. Box 250**
**Jennings, OK 74038**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.98**

**Nonpriority creditor's name and mailing address**
**Okie 811**
**6908 N. Robinson Avenue**
**Oklahoma City, OK 73116**

Date(s) debt was incurred __

Last 4 digits of account number  **0398**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$38,868.80**

---

**3.99**

**Nonpriority creditor's name and mailing address**
**Oklahoma One Call System Inc.**
**6908 N. Robinson Avenue**
**Oklahoma City, OK 73118**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,575.00**

---

**3.100**

**Nonpriority creditor's name and mailing address**
**PACE Exploration**
**P.O. Box 701923**
**Tulsa, OK 74170**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.101**

**Nonpriority creditor's name and mailing address**
**Paradigm Twenty LLC**
**5821 Jesse Lane**
**Stillwater, OK 74074**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Keystone Gas Corporation | Case number (if known) | 22-12088-SAH |
|---|---|---|---|
| | Name | | |

---

**3.102**

**Nonpriority creditor's name and mailing address**

Parwest Land Exploration, Inc.
2601 NW Expressway, Suite 500 West
Oklahoma City, OK 73112

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Lawsuit__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.103**

**Nonpriority creditor's name and mailing address**

Patti Lynn Bryant
c/o Micah D. Sexton
123 W. 7th, Suite 202
P.O. Box 1118
Stillwater, OK 74074

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Lawsuit__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.104**

**Nonpriority creditor's name and mailing address**

Payne County Rural Water District #2
P.O. Box 103
Terlton, OK 74081

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

**$111.46**

---

**3.105**

**Nonpriority creditor's name and mailing address**

Payne County Treasurer
315 W. 6th Avenue
Stillwater, OK 74074

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.106**

**Nonpriority creditor's name and mailing address**

Petco Petroleum Corporation
108 East Ogden Avenue
Hinsdale, IL 60521

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.107**

**Nonpriority creditor's name and mailing address**

Petro Warrior L.L.C.
P.O. Box 306
Broken Arrow, OK 74103

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.108**

**Nonpriority creditor's name and mailing address**

Phil's Testing & Consulting, LLC
13125 SE 40th Street
Choctaw, OK 73020

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$63,478.09**

---

| Debtor | **Keystone Gas Corporation** | Case number (if known) | **22-12088-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Philip Osterhout**
P.O. Box 693
Drumright, OK 74030

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Lawsuit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,788.56**

**Pitney Bowes**
2225 American Drive
Neenah, WI 54956

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __3376__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Randall & Deborah Fitzsimmons**
397180 W. 300 Road
Copan, OK 74022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**RBT Operating LLC**
2209 S. Airport Road
Cleveland, OK 74020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Redtail Investments LLC**
P.O. Box 120
Wheatland, OK 73097

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Revard Oil & Gas Properties, Inc.**
P.O. Box 702294
Tulsa, OK 74170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Richard Allen Sellers, III**
P.O. Box 711
Drumright, OK 74030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Expenses__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Keystone Gas Corporation** | | Case number (if known) | **22-12088-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**River Energy Ltd, LLC**
P.O. Box 289
Mannford, OK 74044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roberson Oil Company, Inc.**
P.O. Box 8
Ada, OK 74821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roe Oil Company**
c/o Larry Roe
6707 N. Harmony Road
P.O. Box 86
Cushing, OK 74023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,987.00** |
|---|---|---|---|

**RSI, Inc.**
P.O. Box 1829
Seminole, OK 74818

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ruh Oil Company**
P.O. Box 841
Owasso, OK 74055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**S & M Production**
P.O. Box 366
Pawnee, OK 74058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shideler Enterprises, Inc.**
P.O. Box 1233
Drumright, OK 74030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Keystone Gas Corporation**                                    Case number (if known)    **22-12088-SAH**
_____
Name

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sparks Oil Company**
**P.O. Box 597**
**Cleveland, OK 74020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Spress Oil Company**
**200 South Broadway Street**
**Cleveland, OK 74020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Stacy Operating, LLC**
**P.O. Box 511**
**Cushing, OK 74023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Steve Crowder**
**P.O. Box 1113**
**Drumright, OK 74030**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,421.68 |

**Suddenlink**
**200 Jericho Quadrangle**
**Jericho, NY 11753**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __6331__

Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Superior Oil & Gas, LLC**
**42516 Hwy 412**
**Ringwood, OK 73768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,089.14 |

**Superior Pipeline**
**P.O. Box 702500**
**Tulsa, OK 74170**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Overpayment__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Keystone Gas Corporation**                                    Case number (if known)    **22-12088-SAH**
                Name

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

3.130    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Sykes Production, LLD**
**P.O. Box 527**
**Cleveland, OK 74020**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _

Last 4 digits of account number _
Is the claim subject to offset? ■ No  ☐ Yes

---

3.131    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Tarka Energy, LLC**
**2 Riverway, Suite 1100**
**Houston, TX 77056**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _

Last 4 digits of account number _
Is the claim subject to offset? ■ No  ☐ Yes

---

3.132    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Umberham Oil Well Company**
**Box 363**
**Drumright, OK 74030**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _

Last 4 digits of account number _
Is the claim subject to offset? ■ No  ☐ Yes

---

3.133    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**

**Walt Pettit**
**705 Yuma Drive**
**Broken Arrow, OK 74011**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: **Personal Loan for Insurance Premiums**

Last 4 digits of account number _
Is the claim subject to offset? ■ No  ☐ Yes

---

3.134    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Warrior Exploration and Production, LLC**
**P.O. Box 711**
**Barnsdall, OK 74002**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _

Last 4 digits of account number _
Is the claim subject to offset? ■ No  ☐ Yes

---

3.135    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$11,242.99**

**Waukesha-Pierce Industries, LLC**
**P.O. Box 204116**
**Dallas, TX 75320**
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Basis for the claim: **Services Rendered**

Last 4 digits of account number _
Is the claim subject to offset? ■ No  ☐ Yes

---

3.136    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Weaver Investments, Inc.**
**45988 W. 141st Street South**
**Bristow, OK 74010**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _

Last 4 digits of account number _
Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Keystone Gas Corporation** | Case number (if known) | **22-12088-SAH** |
|---|---|---|---|
| | Name | | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Yale Water and Sewage Trust**
**c/o William K. Elias**
**Elias, Books, Brown & Nelson, P.C.**
**211 N. Robinson Avenue**
**Oklahoma City, OK 73102**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Pending Lawsuit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Yarhola Production Company**
**1209 E. Bdwy**
**Drumright, OK 74030**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Levinson Lawsuit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Circle 9 Resources LLC**<br>**c/o Justin G. Bates**<br>**Phillips Murrah P.C.**<br>**101 North Robinson**<br>**Oklahoma City, OK 73102** | Line **3.24**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **City of Yale**<br>**c/o William K. Elias**<br>**Elias, Books, Brown & Nelson, P.C.**<br>**211 N. Robinson Avenue**<br>**Oklahoma City, OK 73102** | Line **3.26**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **City of Yale**<br>**c/o Roger L. McMillian**<br>**Roger L. McMillian, P.C.**<br>**111 W. 9th**<br>**Stillwater, OK 74076** | Line **3.26**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **City of Yale**<br>**c/o Roger L. McMillian**<br>**Roger L. McMillian, P.C.**<br>**111 W. 9th**<br>**Stillwater, OK 74076** | Line **3.137**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Dell Financial Services**<br>**P.O. Box 80409**<br>**Austin, TX 78708** | Line **3.33**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Dexxon, Inc.**<br>**P.O. Box 348**<br>**Kiefer, OK 74041** | Line **3.36**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Keystone Gas Corporation** | Case number (if known) | **22-12088-SAH** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Dexxon, Inc.**<br>**c/o Jessie V. Pilgrim**<br>**P.O. Box 897**<br>**Kiefer, OK 74041** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **J.J. & K. Oil Company LLC**<br>**c/o Evan M. McLemore**<br>**Levinson, Smith & Huffman, P.C.**<br>**1743 E. 71st Street**<br>**Tulsa, OK 74136** | Line **3.60**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Little River Energy Co.**<br>**c/o Evan M. McLemore**<br>**Levinson, Smith & Huffman, P.C.**<br>**1743 E. 71st Street**<br>**Tulsa, OK 74136** | Line **3.74**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Marle Production Co. LLC**<br>**c/o Evan M. McLemore**<br>**Levinson, Smith & Huffman, P.C.**<br>**1743 E. 71st Street**<br>**Tulsa, OK 74136** | Line **3.82**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Oakland Petroleum Operating**<br>**1801 East 71st Street**<br>**Tulsa, OK 74136** | Line **3.94**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Oakland Petroleum Operating**<br>**c/o Evan M. McLemore**<br>**Levinson, Smith & Huffman, P.C.**<br>**1743 E. 71st Street**<br>**Tulsa, OK 74136** | Line **3.94**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Office of Natural Resources Revenue**<br>**6525 N. Meridian Avenue**<br>**Suite 270**<br>**Oklahoma City, OK 73116** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Parwest Land Exploration, Inc.**<br>**c/o C. Robert Stell**<br>**252 NW 70th Street**<br>**Oklahoma City, OK 73116** | Line **3.102**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Patti Lynn Bryant**<br>**c/o Scott Kevin Thomas**<br>**P.O. Box 1118**<br>**123 West 7th Avenue, Suite 200**<br>**Stillwater, OK 74076** | Line **3.103**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Pitney Bowes**<br>**c/o McCarthy, Burgess & Wolff**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** | Line **3.110**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Waukesha-Pearce Industries, LLC**<br>**c/o Jon D. Totz**<br>**Totz Ellison & Totz, P.C.**<br>**2211 Norfolk, Suite 510**<br>**Houston, TX 77098** | Line **3.135**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Keystone Gas Corporation** | Case number (if known) | **22-12088-SAH** |
|--------|------------------------------|------------------------|------------------|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.18 | **Waukesha-Pearce Industries, LLC**<br>**c/o Bernardo J. Garcia**<br>**2040 N. Loop West**<br>**Suite 308**<br>**Houston, TX 77018** | Line  **3.135**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Yarhola Production Company**<br>**c/o Evan M. McLemore**<br>**Levinson, Smith & Huffman, P.C.**<br>**1743 E. 71st Street**<br>**Tulsa, OK 74136** | Line  **3.138**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 281,209.91 |
| **5b. Total claims from Part 2** | 5b.  + | $ 360,939.33 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 642,149.24 |

| Fill in this information to identify the case: |
|---|

Debtor name     **Keystone Gas Corporation**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)    **22-12088-SAH**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Compressor Site Rentals** | |
|---|---|---|---|
| | State the term remaining | | **Brandon & Regina Brunker** |
| | List the contract number of any government contract | | **7222 S. Fairgrounds Road** |
| | | | **Stillwater, OK 74074** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Cathy Baker** |
| | List the contract number of any government contract | | **1004 W. Boston PLC** |
| | | | **Broken Arrow, OK 74012** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Clyde Matheson Jr. and** |
| | List the contract number of any government contract | | **Nancy C. Matheson Trust** |
| | | | **2208 South Council Creek Road** |
| | | | **Stillwater, OK 74074** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease No. 106339** | |
|---|---|---|---|
| | State the term remaining | | **Commissioners of the Land Office** |
| | List the contract number of any government contract | | **State of Oklahoma** |
| | | | **204 North Robinson, Suite 900** |
| | | | **Oklahoma City, OK 73102** |

Debtor 1    **Keystone Gas Corporation**
    First Name         Middle Name         Last Name

Case number (*if known*)    **22-12088-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Dacon Surface** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Deborah Addison**<br>**5500 West Oasis Road**<br>**Tucson, AZ 85742** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Pipeline Capacity and Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Cobb Fuel Authority, LLC**<br>**3186D Airway Avenue**<br>**Costa Mesa, CA 92626** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Compressor Site Rentals** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Frank & Tonya Magness**<br>**7200 E. Deep Rock Road**<br>**Cushing, OK 74023** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Compressor Site Rentals** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jaye Wilson**<br>**3166 Old Hwy 52 South**<br>**Pilot Mountain, NC 27041** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jo Lynn Digranes**<br>**1223 Villas Creek Drive**<br>**Edmond, OK 73003** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Compressor Site Rentals** | |
|---|---|---|---|
| | State the term remaining | | **Jo Waters**<br>**P.O. Box 70**<br>**Luther, OK 73054** |

| Debtor 1 | **Keystone Gas Corporation** | | Case number (if known) | **22-12088-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Compressor Site Rentals - Pawnee Booster** | |
|---|---|---|---|
| | State the term remaining | | **Larry & Sheila Martin** |
| | List the contract number of any government contract | | **46751 E. 42nd Road**<br>**Pawnee, OK 74058** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Compressor Site Rentals** | |
|---|---|---|---|
| | State the term remaining | | **Mark Lauderdale Enterprise** |
| | List the contract number of any government contract | | **3215 E. Deep Rock Road**<br>**Cushing, OK 74023** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Compressor Site Rentals** | |
|---|---|---|---|
| | State the term remaining | | **Max Haken Glenco** |
| | List the contract number of any government contract | | **9815 N. Bethel Road**<br>**Glencoe, OK 74032** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Mike Lauderdale** |
| | List the contract number of any government contract | | **3215 East Deeprock Road**<br>**Cushing, OK 74023** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases in Avery, OK, Lincoln County** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Oil and Gas Leases** |

Debtor 1  **Keystone Gas Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)  **22-12088-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Omega Rail Management, Inc.**<br>**4721 Trousdale Drive, Suite 206**<br>**Nashville, TN 37220** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Shawn Franklin Henry**<br>**6908 Liberty Trails Blvd.**<br>**Oklahoma City, OK 73135** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tap Petroleum, Inc.**<br>**P.O. Box 54**<br>**Cleveland, OK 74020** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Varene Martin**<br>**3936 Caminito Del Mar Cove**<br>**San Diego, CA 92130** |

**Fill in this information to identify the case:**

Debtor name  **Keystone Gas Corporation**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF OKLAHOMA

Case number (if known)  **22-12088-SAH**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  Richard Allen Sellers, III | P.O. Box 711 Drumright, OK 74030 | Ally Bank | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2  Richard Allen Sellers, III | P.O. Box 711 Drumright, OK 74030 | Ally Bank | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.3  Richard Allen Sellers, III | P.O. Box 711 Drumright, OK 74030 | Ally Bank | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.4  Richard Allen Sellers, III | P.O. Box 711 Drumright, OK 74030 | BankDirect Capital Finance | ■ D  **2.4** ☐ E/F _____ ☐ G _____ |
| 2.5  Richard Allen Sellers, III | P.O. Box 711 Drumright, OK 74030 | Internal Revenue Service | ■ D  **2.7** ☐ E/F _____ ☐ G _____ |

Debtor **Keystone Gas Corporation**  Case number *(if known)*  **22-12088-SAH**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                   Column 2: **Creditor**

| 2.6 | **Richard Allen Sellers, III** | **P.O. Box 711 Drumright, OK 74030** | **Internal Revenue Service** | ■ D ___**2.8**___ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Richard Allen Sellers, III** | **P.O. Box 711 Drumright, OK 74030** | **Internal Revenue Service** | ■ D ___**2.9**___ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Richard Allen Sellers, III** | **P.O. Box 711 Drumright, OK 74030** | **Internal Revenue Service** | ■ D ___**2.10**___ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Richard Allen Sellers, III** | **P.O. Box 711 Drumright, OK 74030** | **Oklahoma Tax Commission** | ■ D ___**2.11**___ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Richard Allen Sellers, III** | **P.O. Box 711 Drumright, OK 74030** | **RCB Bank** | ■ D ___**2.12**___ ☐ E/F _____ ☐ G _____ |