**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Keystone Gas Corporation,** | ) | **Case No. 22-12088** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**LIMITED OBJECTION TO DEBTOR'S MOTION FOR ORDER APPROVING
INTERIM OPERATIONS AGREEMENT BETWEEN THE DEBTOR, NAVITAS
UTILITY CORPORATION AND SOUTHERN KENTUCKY ENERGY, LLC**
(Docket No. 36)

Marle Production Co., LLC, an Oklahoma limited liability company ("Marle"), Yarhola

Production Corporation, an Oklahoma corporation ("Yarhola"), Little River Energy Company, an

Oklahoma company ("Little River"), J.J.&K. Oil Co., LLC, an Oklahoma limited liability

company ("JJ&K"), Oakland Petroleum Operating Co., Inc., an Oklahoma corporation

("Oakland"), and Guardian Energy Consultants, Inc., an Oklahoma corporation ("Guardian")

(collectively, "Objecting Parties"), individually and collectively, by and through their counsel,

Gary M. McDonald, interpose this Limited Objection to the Debtor's Motion for Order Approving

Interim Operations Agreement Between the Debtor, Navitas Utility Corporation and Southern

Kentucky Energy, LLC [Dkt. No. 36] ("Motion").  In support of this Limited Objection, the

Objecting Parties would advise the Court as follows:

1.      The Designated Representative in this case is Richard Allen Sellers, III, who

discharges the duties of the Debtor-in-Possession.  Keystone Gas Corporation ("Keystone" or

"Debtor") has indicated in its Motion that based upon "ongoing health challenges" of Mr. Sellers,

that Keystone desires to obtain the assistance of Thomas Hartline of Navitas Utility Corporation,

a Nevada corporation ("Navitas") and Jason Sharp of Southern Kentucky Energy, LLC, a

Kentucky limited liability company ("Southern Kentucky") as Co-Chief Restructuring Officers to

assist the Debtor with operations.  The proposed Interim Operations Agreement indicates that on

September 14, 2022, a Resolution of Keystone was adopted amending Keystone's bylaws, appointing Mr. Hartline and Mr. Sharp as Co-Chief Operating Officers of Keystone in connection with the Bankruptcy Case with "powers, duties and responsibilities as set forth in the Resolution," and that Keystone later adopted a Supplemental Resolution effective September 28, 2022, in which the respective duties of the President and the co-CROs were "further detailed and a voting procedure for approval of new contracts by Owner was established."  Neither the Resolution nor the Supplemental Resolution are attached to the Motion for review.  In addition, from the Motion it appears that Navitas and Southern Kentucky entered into a Pre-Petition Plan Support Agreement and a Restructure Term Sheet.  The Plan Support Agreement is listed as Exhibit "C" to the proposed Interim Operations Agreement but not attached to the pleadings filed, and the Restructure Term Sheet is not provided.

2.     Objecting Parties are producers of gas which has been delivered to and sold to Keystone through the Keystone Pipeline System.  Representatives of the Objecting Parties have had the opportunity to meet with both Mr. Hartline and Mr. Sharp.  It is clear that these two gentlemen and the organizations they represent may play a critical role in the acquisition of the Keystone Pipeline System in this case.  Navitas, as shown in the Statement of Financial Affairs [Dkt. No. 57, Response No. 11], has already paid the Debtor's counsel's pre-petition fees in the amount of $80,497.60, and Southern Kentucky is a proposed lender of $100,000 to the Debtor under a pending motion [Dkt. No. 35], which would provide a carve out to potentially pay Debtor-in-Possession's post-petition fees.

3.     Objecting Parties believe it is critical that the Keystone Pipeline System be restored and rehabilitated to operation to provide a means for the sale of gas in the six-county area served by Keystone.  Objecting Parties assert claims against Keystone for gas produced and sold by Keystone, but for which payment was not made.

2

4.    Objecting Parties believe it is important that the Resolution and the Supplemental Resolution be made available for review and consideration, as they apparently establish, among other things, "a voting procedure for approval of new contracts by Owner," and will provide an understanding of the roles that Mr. Hartline and Mr. Sharp could exercise as Co-Restructuring Officers. From the perspective of the Objecting Parties, understanding the terms governing their proposed roles is important to the case and potential development of a Plan. Preliminary discussions with those two gentlemen have proved positive. The voting control with respect to decisions and the role of the two gentlemen, as set forth in the Resolution and in the Supplemental Resolution, should be made available to the parties-in-interest and the Court. In addition, the Plan Support Agreement and the Restructure Term Sheet should also be available to parties-in-interest.

5.    Discovery will be undertaken concerning the pre-petition management and activities of Mr. Sellers related to the Keystone Pipeline System, and such information might provide a basis for a review of Mr. Seller's continued role as Designated Representative. Objecting Parties believe that, in their own experiences, there is evidence the pipeline system was operated improperly as to them, with respect to the payment for gas for significant periods. Discovery will provide additional information concerning historical data. It appears, from a reading of the Debtor's Schedules, that with one exception, there are no claims scheduled for "royalty interest owners" and that the amount of claims of the Objecting Parties and all other producers are indicated as "Unknown" or "$0." These claims consist of 85 of the 138 listed unsecured creditors. Objecting Parties believe the aggregate amount of these unknown claims will be significant. The validity, scope, extent and magnitude of such claims will be important for formation and inclusion in any Plan. The Schedules [Dkt. No. 56] also do not reflect any Gas Purchase Agreement(s) between Keystone Gas Corporation and the parties selling gas to it, which one would expect would be in existence.

6.     This Limited Objection is not made for purposes of delay or to oppose the ultimate potential appointment of either Mr. Hartline or Mr. Sharp, but to afford additional information on these key points addressed herein, to assure the Court and creditors have adequate information, as to the appropriateness of the Motion, the Interim Operations Agreement and proposed control of this case. A hearing on this Motion is appropriate and requested.

WHEREFORE, Objecting Parties respectfully submit this Limited Objection to the Motion and request that the same be set for hearing.

Respectfully submitted,

*/s/ Gary M. McDonald*
Gary M. McDonald, OBA No. 5960
McDonald Law, PLLC
15 West Sixth Street, Suite 2606
Tulsa, OK 74119
(918) 430-3700 – telephone
(918) 430-3770 – facsimile
gmcdonald@mcdonaldpllc.com

*Attorneys for Marle Production Co, LLC, Yarhola Production Corporation, Little River Energy Company, J.J.&K. Oil Co., LLC, Oakland Petroleum Co., Inc. and Guardian Energy Consultants, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 14, 2022, a true and correct copy of the foregoing pleading was served electronically on participants in the CM/ECF system according to local procedures, and was mailed with proper postage fully paid to the creditors and parties-in-interest listed on Exhibit "A" attached hereto.

*/s/ Gary M. McDonald*

Label Matrix for local noticing
1087-5
Case 22-12088
Western District of Oklahoma
Oklahoma City
Fri Oct 14 13:49:30 CDT 2022

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Guardian Energy Consultants, Inc.
321 S. Frankfort Ave.
Tulsa, OK 74120-2428

J.J.&K. Oil Co., LLC
114 NW 8th St.
Oklahoma City, OK 73102-5805

Keystone Gas Corporation
PO Box 1156
Drumright, OK 74030-1156

Little River Energy Company
1260 E. Broadway St.
Drumright, OK 74030-5903

Marle Production Co., LLC
5310 E. 31st St.
Suite 900
Tulsa, OK 74135-5018

Oakland Petroleum Operating Co., Inc.
7318 S. Yale Ave.
Suite B
Tulsa, OK 74136-7000

Oklahoma Tax Commission
Oklahoma Tax Commission
PO BOX 269056
Oklahoma City, OK 73126-9056

RCB Bank
c/o Scott P. Kirtley, Esquire
Riggs, Abney
502 West 6th Street
Tulsa, OK 74119-1016

Wells Fargo Vendor Financial Services, LLC f
PO Box 13708
Macon, GA 31208-3708

Yarhola Production Corporation
1209 E. Bdwy
Drumright, OK 74030

USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102-3426

ADT Security Services
3190 S. Vaughn Way
Aurora CO 80014-3541

AT&T
208 S. Akard Street
Dallas TX 75202-4206

Airgas USA, LLC
P.O. Box 734671
Dallas TX 75373-4671

Ally Bank
P.O. Box 380902
Minneapolis MN 55438-0902

Alvin Rusco
45210 West Hwy 51
Jennings OK 74038-2516

Arco Environmental Remediation, LLC
1701 Summit, Suite 2
Plano TX 75074-8175

Baker Hughes Oilfield Inc.
1333 Corporate Drive #300
Irving TX 75038-2535

BankDirect Capital Finance
150 North Field Drive
Suite 190
Lake Forest IL 60045-2594

Battery Outfitters
P.O. Box 215
Golden MO 65658-0215

Brandon & Regina Brunker
7222 S. Fairgrounds Road
Stillwater OK 74074-6172

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Charles Lindsey Riddle
43747 West 131st Street
Bristow OK 74010-9527

Circle 9 Resources LLC
210 Park Avenue
Suite 1350
Oklahoma City OK 73102-5631

City of Yale
209 N. Main Street
Yale OK 74085-2509

Clyde Matheson Jr. & Nancy C. Trust
2208 S. Council Creek Road
Stillwater OK 74074-7096

Community Care
P.O. Box 3249
Tulsa OK 74101-3249

Creek County Treasurer
317 E. Lee, Room 201
Sapulpa OK 74066-4325

EXHIBIT A

Dan A. and Geraldine L. Simonton
48098 W. 131st Street South
Drumright OK 74030-5515

Davco Fab
P.O. Box 361
921 North Main
Jennings OK 74038-0361

De Lange Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne PA 19087-1453

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Department of the Army
U.S. Army Corp. of Engineers
5722 Integrity Drive
Millington TN 38054-5028

Dexxon Yarhola
732 Indiana Avenue
Kiefer OK 74041-4541

Earl-Le Dozier, LLC
P.O. Box 351
512 W. Highway 33
Drumright OK 74030-0351

Fowler of Tulsa C LLC
c/o Michael S. Fowler
2721 NW 36th Avenue
Norman OK 73072-2411

Frank & Tonya Magness
7200 E. Deep Rock Road
Cushing OK 74023-2994

Gungoll, Jackson, Box, Devoll, PC
P.O. Box 1549
Enid OK 73702-1549

Harris Oil Co., Inc.
Drawer 112
Cushing OK 74023-0112

Indian Electric Coop
2506 E. Highway 64
Cleveland OK 74020-4054

Industrial Oils Unlimited
P.O. Box 3066
Tulsa OK 74101-3066

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

Jacam Catalyst, LLC
205 S Broadway
Sterling, KS 67579-2339

Jacam Chemicals 2013 LLC
205 S. Broadway
P.O. Box 96
Sterling KS 67579-0096

James J. Hodgens, PC
P.O. Box 686
301 West Main Street
Stroud OK 74079-3611

Jaye Wilson
3166 Old Hwy 52 South
Pilot Mountain NC 27041-7114

Jeremy W. Tillery
320 West Web Street
Glencoe OK 74032-1466

Joe Waters
P.O. Box 70
Luther OK 73054-0070

(c)LARRY & SHEILA MARTIN
346751 E 4200 RD
PAWNEE OK  74058-3418

Levinson Smith & Huffman P.C.
1743 East 71st Street
Tulsa OK 74136-5108

Lincoln County Land Office
811 Manvel Avenue, Suite 5
Chandler OK 74834-3800

Lincoln County Treasurer
811 Manvel Avenue #6
Chandler OK 74834-3800

Logan County RWD #3
P.O. Box 187
Marshall OK 73056-0187

Logan County Treasurer
Logan County Courthouse
301 E. Harrison Avenue #100
Guthrie OK 73044-4939

Mark Lauderdale Enterprise
3215 E. Deep Rock Road
Cushing OK 74023-6425

Max Haken Glenco
9815 N. Bethel Road
Glencoe OK 74032-1500

Measurement Solutions, Inc.
6705 E. 81st Street
Suite 156
Tulsa OK 74133-4129

Memorial Machine
6303 S. 40th West Avenue
Tulsa OK 74132-1200

OGE Energy Corp.
P.O. Box 321
Oklahoma City OK 73101-0321

Office of Natural Resources Revenue
6525 N. Meridian Avenue
Suite 270
Oklahoma City OK 73116-1420

Okie 811
6908 N. Robinson Avenue
Oklahoma City OK 73116-9041

Oklahoma One Call System Inc.
6908 N. Robinson Avenue
Oklahoma City OK 73116-9041

(p)OKLAHOMA TAX COMMISSION
GENERAL COUNSEL S OFFICE
100 N BROADWAY AVE SUITE 1500
OKLAHOMA CITY OK 73102-8601

Oklahoma Tax Commission
Attn: Legal
PO Box 269056
Oklahoma City, OK 73126-9056

Pawnee County Assessor
500 Harrison Street #201
Pawnee OK 74058-2568

Payne County Rural Water District #2
P.O. Box 103
Terlton OK 74081-0103

Payne County Treasurer
315 W. 6th Avenue
Stillwater OK 74074-4079

Pitney Bowes
2225 American Drive
Neenah WI 54956-1005

Pitney Bowes
c/o McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland OH 44146-1807

Pitney Bowes Inc
27 Waterview Dr, 3rd Fl
Shelton, CT 06484-4361

(p)RCB BANK ATTN SPECIAL ASSETS
300 W PATTI PAGE BLVD
CLAREMORE OK 74017-8039

RSI, Inc.
P.O. Box 1829
Seminole OK 74818-1829

Suddenlink
200 Jericho Quadrangle
Jericho NY 11753-2701

Superior Pipeline
P.O. Box 702500
Tulsa OK 74170-2500

Superior Pipeline Company, LLC
Attention: John Rosentreter
8200 South Unit Drive
Tulsa, OK 74132-5300

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

(c)WALT PETTIT
705 E YUMA DR
BROKEN ARROW OK  74011-7297

Waukeshan-Pierce Industries, LLC
P.O. Box 204116
Dallas TX 75320-4116

Courtney D. Powell
Spencer Fane LLP
9400 N. Broadway Extension
Oklahoma City, OK 73114-7451

Jason Patrick Kathman
Spencer Fane LLP
5700 Granite Parkway, Suite 650
Plano, TX 75024-6812

Megan Clontz
Spencer Fane LLP
5700 Granite Parkway, Suite 650
Plano, TX 75024-6812

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Caterpillar Financial Services Corp.
2120 West End Avenue
Nashville TN 37203

Dell Financial Services
P.O. Box 80409
Austin TX 78708

(d)Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

Oklahoma Tax Commission
2501 N. Lincoln Blvd.
Oklahoma City OK 73194

RCB Bank
P.O. Box 189
Claremore OK 74018

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Larry & Sheila Martin
46751 E. 42nd Road
Pawnee OK 74058

Walt Pettit
705 Yuma Drive
Broken Arrow OK 74011

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Southern Kentucky Energy, LLC

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)J.J. & K. Oil Company LLC
114 NW 8th Street
Oklahoma City OK 73102-5805

(d)Little River Energy Co.
1260 E. Broadway Street
Drumright OK 74030-5903

(d)Marle Production Co. LLC
5310 E. 31st Street
Suite 900
Tulsa OK 74135-5018

(d)Oakland Petroleum Operating
7318 S. Yale Avenue
Suite B
Tulsa OK 74136-7000

(d)Yarhola Production Company
1209 E. Bdwy
Drumright OK 74030

End of Label Matrix
Mailable recipients    82
Bypassed recipients     7
Total                  89