**Dated: October 14, 2022**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **Keystone Gas Corporation,** | ) | **BK-22-12088-SAH** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

### STIPULATION AND CONSENT SCHEDULING ORDER

The Debtor, Keystone Gas Corporation ("**Debtor**") and the United States Trustee ("**UST**"), having conferred regarding an appropriate scheduling order for this case pursuant to 28 U.S.C. § 586(a)(5), hereby stipulate to the entry of this order:

1. The Debtor shall file and serve an application to employ general bankruptcy counsel no later than **October 14, 2022**.

2. The Debtor shall file and serve applications to employ all other professionals no later than **January 12, 2023**. Provided, however, the Debtor may seek employment of professionals after that date for cause.

3. The Debtor shall file and serve a motion for authority to use cash collateral from all necessary or appropriate sources no later than **October 14, 2022**.

4. The Debtor shall file their application and submit a proposed order establishing a bar date for the filing of claims no later than **October 14, 2022**.

5. The Debtor shall file their proposed disclosure statement and plan of reorganization by **January 12, 2023**.

6. Contemporaneous with the filing of the debtor's proposed disclosure statement and plan of reorganization, the Debtor shall obtain a hearing date to determine the adequacy of the disclosure statement; or seek conditional approval of the disclosure statement, pursuant to Rules 3017 and 3017.1 of the FED. R. BANKR. P.

Therefore, in consideration of the foregoing, the parties stipulate and agree, and the Court orders, the deadlines set forth above shall apply in this case subject to further order of this Court.

# # #

Stipulated and approved for entry:


/s/ Courtney D. Powell
**Courtney D. Powell, OBA#19444**
Spencer Fane LLP
9400 N. Broadway Extension
Oklahoma City, OK 73114-7423
(405) 844-9900
Email: cpowell@spencerfane.com
Attorney for Debtor



ILENE J. LASHINSKY
UNITED STATES TRUSTEE

/s/ Marjorie J. Creasey
**Marjorie J. Creasey, OBA#17819**
Department of Justice, US Trustee
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK  73102
(405) 405-231-4393/(405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov