**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-12088-SAH |
| **KEYSTONE GAS CORPORATION** ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**DEBTOR'S MOTION TO EXTEND TERM OF EXISTING POST-PETITION**
**FINANCING PURSUANT TO SECTION 364(c) OF THE BANKRUPTCY CODE**

**NOTICE OF OPPORTUNITY FOR HEARING**

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than fourteen (14) days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

**The fourteen (14) day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).**

TO THE HONORABLE SARAH A. HALL,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

Keystone Gas Corporation ("**Debtor**" or "**Keystone**"), debtor and debtor-in-possession in the above-referenced bankruptcy case, hereby submits this motion (the "**Motion**") seeking entry of an order authorizing the Debtor to extent its existing post-petition financing pursuant to 11 U.S.C. § 364(c)(1) and (2). In support of the Motion, the Debtor respectfully represents as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue in this Court is proper pursuant to 28 U.S.C. § 1408.

## BACKGROUND

3. On September 14, 2022 (the "**Petition Date**"), the Debtor filed its Voluntary Petition for bankruptcy under chapter 11 of the Bankruptcy Code initiating this bankruptcy case (the "**Chapter 11 Case**"). The Debtor continues to operate its business as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee, examiner, or official committee of unsecured creditors has been appointed.

4. The Debtor owns and operates pipeline and other assets related to the gathering and processing of natural gas. Between 2014 and 2020, the price of natural gas plummeted to unprofitable levels, much of the Debtor's pipeline was shut in, and much of the processing of natural gas by the Debtor ceased. Unfortunately, by the time the price of natural gas rose to a level of profitability, the Debtor lacked the capital to restart its operations. The Debtor, while still operating, has focused its operations on performing the tasks required by various government agencies and required to maintain its existing assets due to its lack of capital.

5. The Debtor filed this Chapter 11 Case to reorganize its outstanding debts and ownership structure and to infuse new capital into the Company. With additional capital and new operational leadership, the Debtor anticipates successfully emerging from bankruptcy as a profitable corporation with ongoing operations.

6. Prior to the Petition Date, the Debtor entered into a Plan Support Agreement with Navitas Utility Corporation ("**Navitas**") and Southern Kentucky Energy, LLC ("**Southern**

**Kentucky**") that adopts the terms of a Restructure Term Sheet outlining the parameters of the Debtor's forthcoming plan of reorganization.

7. On October 1, 2022, the Debtor filed its Motion for Final Order (I) Authorizing the Debtor-In-Possession to Obtain Post-Petition Financing Pursuant to Section 364(c) of the Bankruptcy Code, (II) Granting Liens and Super-Priority Claims, and (III) Granting Related Relief seeking post-petition financing to satisfy administrative expenses associated with the operation of its businesses as a going concern and other costs relating to the administration of the Chapter 11 Case.

8. The Court entered its Amended Agreed Final Order (I) Authorizing the Debtor-In-Possession to Obtain Post-Petition Financing Pursuant to Section 364(c) of the Bankruptcy Code, (II) Granting Liens and Super-Priority Claims, and (III) Granting Related Relief [Docket No. 116] (the "**DIP Order**") on December 2, 2022.

9. The terms of the Post-Petition DIP Promissory Note (the "**DIP Note**") and Security Agreement (the "**DIP Security Agreement**,") (collectively with the DIP Note, the "**DIP Financing Documents**") include a Final Maturity Date of March 1, 2023.

10. The existing post-petition financing (the "**DIP Loan**" or "**DIP Facility**"), the DIP Financing Documents, and their terms are set forth in the DIP Order and its exhibits, which are incorporated herein by this reference.

## RELIEF REQUESTED

11. The Debtor seeks to extend the Final Maturity Date of the approved DIP Loan to the earlier of July 1, 2023 or the Effective Date of the Debtor's Plan.

12. The Debtor has not requested or obtained other post-petition financing in this case.

13. The Debtor is a duly organized, validly existing Oklahoma corporation and has the

requisite power and authority to own, lease, and operate its property, including, without limitation, the proposed collateral. The Debtor has the requisite power and authority to enter into, execute, deliver, and perform its obligations under the DIP Financing Documents, and to incur the obligations provided for therein.

14. Proceeds of the existing DIP Facility were deposited into the Debtor's bank account in December 2022, pursuant to the DIP Order. Since that time, the Debtor has utilized its operating receipts and DIP proceeds for the purchase of operating inventory and supplies, insurance premiums, repairs and maintenance costs, fees to the United States Trustee, and post-petition installment payments due to Ally Bank.

15. As of February 28, 2023, $92,965.81 of the $100,000.00 DIP Facility remains in the Debtor's bank account.

16. The Debtor does not request additional post-petition funding, but requests only that the current DIP Loan term be extended to the earlier of July 1, 2023 or the Effective Date of the Debtor's Plan to allow its continued operation pending confirmation of its Plan.

## BASIS FOR RELIEF REQUESTED

**A.   An extension of time to utilize the existing DIP Loan should be approved.**

17. Section 364(c) Bankruptcy Code provides, among other things, that if a debtor is unable to obtain unsecured credit allowable as an administrative expense under section 503(b)(1) of the Bankruptcy Code, the court may authorize the debtor to obtain credit or incur debt with priority over any and all administrative expenses as specified in section 503(b) or 507(b) of the Bankruptcy Code. *See* 11 U.S.C. § 364(c).

18. To satisfy the requirements of section 364(c) of the Bankruptcy Code, a Debtor need only demonstrate "by a good faith effort that credit was not available to the debtor on an

unsecured or administrative basis." *See e.g. In re W. Pac. Airlines, Inc.*, 223 B.R. 567, 572 (Bankr. D. Colo. 1997); *see also In re Phase-I Molecular Toxicology Inc.*, 285 B.R. 494 (Bankr. D. N.M. 2002).

19. "[C]ases consistently reflect that the court's discretion under section 364 is to be utilized on grounds that permit reasonable business judgment to be exercised so long as the financing agreement does not contain terms that leverage the bankruptcy process and powers or its purpose is not so much to benefit the estate as it is to benefit a party-in-interest." *In re Ames Dep't Stores, Inc.*, 115 B.R. 34, 40 (Bankr. S.D.N.Y. 1990). Further, a debtor does not have a duty to explore credit options from every lender before concluding that alternate credit is not available; rather, provided a debtor's business judgment does not run afoul of the provisions or policies underlying the Bankruptcy Code, courts should grant a debtor considerable deference in accordance with such debtor's desire to obtain post-petition financing. *See e.g. In re Ames Dep't Stores, Inc.*, 115 B.R. 34, 40 (Bankr. S.D.N.Y. 1990); *see also In re Farmland Indus. Inc.*, 294 B.R. 855, 881 (Bankr. W.D. Mo. 2003); *In re Snowshoe Co., Inc.*, 789 F.2d 1085, 1088 (4th Cir. 1986).

20. "Under the 'business judgment' rule, the management of a corporation's affairs is placed in the hands of its board of directors and officers, and the Court should interfere with their decisions only if it is made clear that those decisions are, *inter alia,* clearly erroneous, made arbitrarily, are in breach of the officers' and directors' fiduciary duty to the corporation, are made on the basis of inadequate information or study, are made in bad faith, or are in violation of the Bankruptcy Code." *In re Farmland Indus., Inc.*, 294 B.R. 855, 881–82 (Bankr. W.D. Mo. 2003); *see also In re United Artists Theatre Company v. Walton,* 315 F.3d 217, 233 (3rd Cir.2003); *Richmond Leasing Co. v. Capital Bank, N.A.,* 762 F.2d 1303, 1309 (5th Cir.1985); *In*

*re Defender Drug Stores, Inc.,* 145 B.R. 312, 317 (9th Cir. BAP 1992). "Only in circumstances where there are allegations of, and a real potential for, abuse by corporate insiders, should the Court scrutinize the actions of the corporation." *In re Simasko Prod. Co.,* 47 B.R. 444, 449 (Bankr. D. Colo. 1985) ("[D]iscretion to act with regard to business planning activities is at the heart of the debtor's power.") (citations omitted). *See also In re DeLuca Distributing Company,* 38 B.R. 588, 591 (Bankr.N.D.Ohio 1984) ("The authority to operate the [Chapter 11] debtor's business necessarily includes the concomitant discretion to exercise reasonable judgment in ordinary business matters."). To determine whether the business judgment standard is met, a court is "required to examine whether a reasonable business person would make a similar decision under similar circumstances." *In re Exide Techs.,* 340 B.R. 222, 239 (Bankr. D. Del. 2006).

21. Further, "[t]he preservation and maintenance of the going concern value of the Debtor is integral to a successful reorganization of the Debtor pursuant to the provisions of Chapter 11 of the Bankruptcy Code." *In re W. Pac. Airlines, Inc.,* 223 B.R. 567, 568 (Bankr. D. Colo. 1997).

22. Extending the Final Maturity Date under the existing DIP Loan satisfies each of the required factors, constitutes sound business judgment, and is integral to the Debtor's reorganization.

23. Here, the Debtor negotiated post-petition financing in an amount sufficient to fund ongoing operational requirements and to re-start operations for which it currently lacks capital, secured by unencumbered assets of the Debtor. An extension of time to use such funds will allow the Debtor to (1) maintain sufficient liquidity to preserve its assets over the course of this chapter 11 case and consummate a plan of reorganization, (2) continue daily tasks required by various local, state, and federal regulatory agencies, and (3) make improvements which will increase the

Debtor's short- and long-term cash flow and allow the Debtor to exit bankruptcy as a stronger, more profitable going concern.

24. Further, a grant of the relief requested is in the best interest of creditors. As described herein, an extension of time for the Debtor's use of the existing DIP Loan will allow the Debtor to perform tasks during the bankruptcy case and continue to re-start certain operations pending confirmation of its Plan of Reorganization. These actions would be impossible without the requested post-petition financing and are integral to the Debtor's future as an ongoing concern.

B. **The Automatic Stay Should be Modified on a Limited Basis.**

25. The relief requested herein contemplates a modification of the automatic stay (to the extent applicable) to permit the Debtor to (i) implement the DIP Facility and perform pursuant to the DIP Financing Documents, including without limitation the provisions thereof with respect to collection of Proceeds, and the maintenance of the Deposit Accounts and the Collection Procedures.

26. Stay modification of this kind are ordinary and standard features of post-petition debtor financing facilities and, in the Debtor's business judgment, are reasonable and fair under the present circumstances.

C. **The DIP Lender Should Be Deemed a Good Faith Lender Under Section 364(e) of the Bankruptcy Code.**

27. Section 364(e) of the Bankruptcy Code protects a good faith lender's right to collect on loans extended to a debtor, and its right in any lien securing those loans, even if the authority of the debtor to obtain such loans or grant such liens is later reversed or modified on appeal. Specifically, § 364(e) of the Bankruptcy Code provides that:

> The reversal or modification on appeal of an authorization under this section [364 of the Bankruptcy Code] to obtain

> credit or incur debt, or of a grant under this section of a priority or a lien, does not affect the validity of any debt so incurred, or any priority or lien so granted, to an entity that extended such credit in good faith, whether or not such entity knew of the pendency of the appeal, unless such authorization and the incurring of such debt, or the granting of such priority or lien, were stayed pending appeal.

11 U.S.C. § 364(e).

28. Section 364(e) of the Bankruptcy Code was designed to "encourage the extension of credit" to debtors by allowing lenders to "rely on a bankruptcy court's authorization of the transaction." *In re EDC Holding Co.*, 676 F.2d 945, 947 (7th Cir. 1982) (the purpose of § 364(e) is to "overcome people's natural reluctance to deal with a bankrupt firm whether as a purchaser or lender by assuring them that so long as they are relying in good faith on a bankruptcy judge's approval of the transaction they need not worry about their priority merely because some creditor is objecting to the transaction and is trying to get the district court or the court of appeals to reverse the bankruptcy judge."). *See also In re North Atlantic Millwork Corp.*, 155 B.R. 271, 279 (Bankr. D. Mass. 1993) ("The purpose of section 364(e) is to allow good-faith lenders to rely upon conditions at the time they extend credit and to encourage lenders to lend to bankrupt entities.").

29. Although the existing DIP financing is provided by Southern Kentucky, whose president Jason Sharp was appointed one of the Co-Chief Restructuring Officers prior to the filing of this case, Southern Kentucky was represented by separate counsel regarding the negotiations related to the post-petition financing proposed herein. As explained above, the DIP Facility is the result of the Debtor's reasonable and informed determination that the DIP Lender offered the most favorable terms on which to obtain needed post-petition financing, and of extended arm's-length, good faith negotiations between the Debtor and the DIP Lender. The terms and conditions of the DIP Facility are fair and reasonable, and the proceeds under the DIP Facility will be used only for

purposes that are permissible under the Bankruptcy Code. Further, no consideration is being provided to any party to the DIP Facility other than as described herein.

30. Accordingly, the Court should find that the DIP Lender is a "good faith" lender within the meaning of § 364(e) of the Bankruptcy Code, and is entitled to all of the protections afforded by that section.

31. The terms and conditions of the DIP Loan are fair and reasonable and were negotiated by well-represented, independent parties in good faith and at arm's-length.

32. As such, the approval of authority to extend the term of the current DIP Facility is allowable and necessary to preserve the Debtor's assets and its ability to reorganize under the Bankruptcy Code.

## IMMEDIATE RELIEF AND WAIVER

33. "[A]n order authorizing the use, sale or lease of property other than cash collateral is stayed until the expiration of 14 days after entry of the order, unless the court orders otherwise." Fed. R. Bankr. P. 6004(h).

34. The Debtor respectfully requests a waiver of any stay of the effectiveness of the order approving this Motion.

## NOTICE

35. No Chapter 11 trustee or creditors' committee has been appointed in this case as of the filing of the Motion. The Debtor shall provide notice of this Motion as required by Fed. R. Bankr. P. 4001 and Local Bankruptcy Rules 4001-1 and 9013-1. The Motion shall be served by U.S. First Class Mail to all parties listed on the attached Certificate of Service, including the Debtor, the Debtor's counsel, the list of the Debtor's 20 largest unsecured creditors, the United States Trustee, counsel for the DIP Lender, all parties known to the Debtor who hold any liens or

security interest in the Debtor's assets who have filed UCC-1 financing statements against the Debtor, or who, to any Debtor's knowledge, have asserted any liens on any of such Debtor's assets, the Internal Revenue Service and all taxing authorities of states in which the Debtor is doing business, and all parties in interest who have requested notice in the case.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that the Court enter an order granting the relief requested herein and such other and further relief as the Court may deem proper.

Dated: March 13, 2023

Respectfully submitted,

SPENCER FANE LLP

*/s/ Megan F. Clontz*
Courtney D. Powell, OBA No. 19444
9400 N. Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
Email:  cpowell@spencerfane.com
and
Jason P. Kathman, TX No. 24070036
*Admitted Pro Hac Vice*
Megan F. Clontz, TX No. 24069703
*Admitted Pro Hac Vice*
5700 Granite Parkway, Suite 650
Plano, Texas 75094
Telephone: (972) 324-0300
Facsimile: (972) 324-0301
Email:  jkathman@spencerfane.com
Email:  mclontz@spencerfane.com

**COUNSEL FOR DEBTOR**
**AND DEBTOR-IN-POSSESSION**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: )
 )   Case No. 22-12088-SAH
KEYSTONE GAS CORPORATION )
 )   Chapter 11
Debtor. )

## CERTIFICATE OF SERVICE

This is to certify that on March 13, 2023, a true and correct copy of the *Debtor's Motion to Extend Term of Existing Post-Petition Financing Pursuant to Section 364(c) of the Bankruptcy Code*, filed on March 13, 2023, was served upon the following parties via U.S. First Class Mail:

Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901
City of Yale, c/o Wyatt D. Swinford, Elias, Books, Brown & Nelson, P.C., Two Leadership Square, Suite 1300, 211 N. Robinson Ave., Oklahoma City, OK 73102-7149
Guardian Energy Consultants, Inc., 321 S. Frankfort Ave., Tulsa, OK 74120-2428
Gungoll Jackson Box & Devoll PC, 101 Park Avenue, Suite 1400, Oklahoma City, OK 73102-7216
J.J.&K. Oil Co., LLC, 114 NW 8th St., Oklahoma City, OK 73102-5805
Keystone Gas Corporation, PO Box 1156, Drumright, OK 74030-1156
Little River Energy Company, 1260 E. Broadway St., Drumright, OK 74030-5903
Marle Production Co., LLC, 5310 E. 31st St., Suite 900, Tulsa, OK 74135-5018
Oakland Petroleum Operating Co., Inc., 7318 S. Yale Ave., Suite B, Tulsa, OK 74136-7000
Oklahoma Tax Commission, Oklahoma Tax Commission, PO BOX 269056, Oklahoma City, OK 73126-9056
RCB Bank, c/o Scott P. Kirtley, Esquire, Riggs, Abney, 502 West 6th Street, Tulsa, OK 74119-1016
United States Department of Interior, 210 Park Avenue, Suite 400, Oklahoma City, OK 73102-5602
Wells Fargo Vendor Financial Services, LLC, PO Box 13708, Macon, GA 31208-3708
Yale Water and Sewer Trust, c/o Wyatt D. Swinford, Elias, Books, Brown & Nelson, P.C., Two Leadership Square, Suite 1300, 211 N. Robinson Ave., Oklahoma City, OK 73102-7149
Yarhola Production Corporation, 1209 E. Bdwy, Drumright, OK 74030
USBC Western District of Oklahoma, 215 Dean A. McGee, Oklahoma City, OK 73102-3426
ADT Security Services, 3190 S. Vaughn Way, Aurora CO 80014-3541
AT&T, 208 S. Akard Street, Dallas TX 75202-4206
Advance Oil, 14504 Hwy 75 Alternate, Kiefer OK 74041
Airgas USA, LLC, P.O. Box 734671, Dallas TX 75373-4671
Allen Baugh, 12589 South 486th W. Avenue, Drumright OK 74030-5914
Ally Bank, P.O. Box 380902, Minneapolis MN 55438-0902
Alvin Rusco, 45210 West Hwy 51, Jennings OK 74038-2516

---

**DEBTOR'S MOTION TO EXTEND TERM OF EXISTING POST-PETITION
FINANCING PURSUANT TO SECTION 364(C) OF THE BANKRUPTCY CODE – Page 11**

Arco Environmental Remediation, LLC, 1701 Summit, Suite 2, Plano TX 75074-8175
Artie Smith, 3809 68th Street, Stillwater OK 74074-2428
Aruba Petroleum, Inc., 555 Republic Drive, Plano TX 75074-8865
Aruba Petroleum, Inc., 7018 Stone Meadow Drive, Dallas, TX 75230-2377
Atchley Resources, Inc., 13903 Quail Pointe Drive, Oklahoma City OK 73134-1002
B&G Oil Co., P.O. Box 558, Hominy OK 74035-0558
Baker Hughes Oilfield Inc., 1333 Corporate Drive #300, Irving TX 75038-2535
BankDirect Capital Finance, 150 North Field Drive, Suite 190, Lake Forest IL 60045-2594
Barta Enterprises, LLC, 6401 Rambridge Drive, Oklahoma City OK 73162-1728
Battery Outfitters, P.O. Box 215, Golden MO 65658-0215
Becca Oil, LLC, P.O. Box 1347, Cushing OK 74023-1347
Benson Minerals Group, Inc., 1560 Broadway #1900, Denver CO 80202-4947
Berexco LLC, 2020 Bramblewood, Wichita KS 67206-1094
Big Four Operation, 1214 South Highland, Cushing OK 74023-5210
Brandon & Regina Brunker, 7222 S. Fairgrounds Road, Stillwater OK 74074-6172
Brian McDonald, P.O. Box 61, Jennings OK 74038-0061
C & B Oil Company, P.O. Box 176, Drumright OK 74030-0176
C&C Production LLC, P.O. Box 1861, Muskogee OK 74402-1861
C.W. Davidson, 361574 E. 55 Rd., Jennings OK 74038
Cartledge & Cartledge Oil Co., PO Box 40, Kiefer OK 74041-0040
Casa Grande Exploration Co., 11371 Waverly Drive, Casa Grande AZ 85194-6821
CATERPILLAR FINANCIAL SERVICES CORPORATION, 2120 WEST END AVENUE, NASHVILLE TN 37203-5341
Cathy Baker, 1004 W. Boston PLC, Broken Arrow OK 74012-7609
Charles Lindsey Riddle, 43747 West 131st Street, Bristow OK 74010-9527
Cher Oil Company Inc., 7317 S. Ripley Road, Ripley OK 74062-6227
Chizum Oil, LLC, P.O. Box 123, Andover KS 67002-0123
Chris Clemenshine, 2425 E. 53rd Street, Tulsa OK 74105-6601
Cindy Edwards, 4110 N. Rosebud Road, Drumright OK 74030-5828
Circle 9 Resources LLC, 210 Park Avenue, Suite 1350, Oklahoma City OK 73102-5631
Circle 9 Resources LLC, P.O. Box 249, Oklahoma City OK 73101-0249
Circle 9 Resources LLC, c/o Justin G. Bates, Phillips Murrah P.C., 101 North Robinson, Oklahoma City OK 73102-5504
Circle K Oil & Gas, P.O. Box 276, Sand Springs OK 74063-0276
Cissy Spencer, P.O. Box 291, Jennings OK 74038-0291
City of Yale, 209 N. Main Street, Yale OK 74085-2509
City of Yale, c/o Roger L. McMillian, Roger L. McMillian, P.C., 111 W. 9th, Stillwater OK 74074-4606
Clarence L. Smith, P.O. Box 164, Hallett OK 74034-0164
Clemishire Drilling Co., 2425 E. 53rd Street, Tulsa OK 74105-6601
Clint T. Swanson, 1516 S Boston Avenue, Suite 130, Tulsa, OK 74119-4053
Clyde Matheson Jr. & Nancy C. Trust, 2208 S. Council Creek Road, Stillwater OK 74074-7096
Clyde Matheson Jr. and Nancy C. Matheson Trust, 2208 South Council Creek Road, Stillwater OK 74074-7096

Commissioners of the Land Office, State of Oklahoma, 204 North Robinson, Suite 900, Oklahoma City OK 73102-6806
Community Care, P.O. Box 3249, Tulsa OK 74101-3249
Concorde Resources Corporation, P.O. Box 841, Eufaula OK 74432-0841
Creek County Treasurer, 317 E. Lee, Room 201, Sapulpa OK 74066-4325
Daisy Dowty, RCB Bank, P.O. Box 189, Claremore, OK 74018-0189
Dan A. and Geraldine L. Simonton, 48098 W. 131st Street South, Drumright OK 74030-5515
Daniel Gilliss, 10625 S. Hwy 99, Drumright OK 74030-5920
Davco Fab, P.O. Box 361, 921 North Main, Jennings OK 74038-0361
David Poulter, P.O. Box 31, Jennings OK 74038-0031
De Lange Landen Financial Services, Inc., 1111 Old Eagle School Road, Wayne PA 19087-1453
Deborah Addison, 5500 West Oasis Road, Tucson AZ 85742-8541
Deisenroth Oilfield Service, 1924 S. Utica Avenue, Suite 540, Tulsa OK 74104-6511
DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577
Dell Financial Services, Resurgent Acquisitions LLC, c/o Resurgent Capital Services LP, 55 Beattie Place, Suite 110, Greenville SC 29601-5115
Delong Oil & Gas, Inc., P.O. Box 591, Drumright OK 74030-0591
Department of the Army, U.S. Army Corp. of Engineers, 5722 Integrity Drive, Millington TN 38054-5028
Dexxon Yarhola, 732 Indiana Avenue, Kiefer OK 74041-4541
Donna Kramp, 62100 E. 5500 Road, Jennings OK 74038
Donna Moreland, 121 West 68th Street, Stillwater OK 74074-5921
Dorla M. Brown Living Trust, 2156 E. 48th Place, Tulsa OK 74105-8709
E. Nossaman Oil, Inc., 429 W. Ercoupe Drive, Midwest City OK 73110-2904
Eagle River Energy Corp., 3701 S. Orange Circle, Broken Arrow OK 74011-1103
Earl Oil, Inc., 1910 Copperfield, Stillwater OK 74074-1079
Earl-Le Dozier, LLC, P.O. Box 351, 512 W. Highway 33, Drumright OK 74030-0351
Earl-Le Oil Company, 15341 S. 465th West Avenue, Bristow OK 74010-9547
Edge Oil Company, P.O. Box 284, Cleveland OK 74020-0284
Emerald Oil LLC, 369142 East 960 Road, Welty OK 74833-3906
Erin Poulter, P.O. Box 111, Jennings OK 74038-0111
Fairview Production, P.O. Box 1995, Muldrow OK 74948-1995
Fallen Timbers Energy, LLC, 2202 E. 49th Street, Suite 330, Tulsa OK 74105-8713
First United Bank, P.O. Box 130, Durant OK 74702-0130
Fort Cobb Fuel Authority, LLC, 3186D Airway Avenue, Costa Mesa CA 92626-4650
Fowler of Tulsa C LLC, c/o Michael S. Fowler, 2721 NW 36th Avenue, Norman OK 73072-2411
Frank & Tonya Magness, 7200 E. Deep Rock Road, Cushing OK 74023-2994
Freddy Campo, 4004 N. Norfolk Road, Cushing OK 74023-8729
G & C Petroleum Inc., 102 W. Boston Avenue, Yale OK 74085-2502
GMG Oil & Gas Corporation, P.O. Box 1235, Okmulgee OK 74447-1235
Gary & Dee Dee Tucker, P.O. Box 53, Jennings OK 74038-0053
Glimp Oil Company, P.O. Box 391, Drumright OK 74030-0391
Greg Sparks, P.O. Box 3897, Afton OK 74331-3897
Gungoll, Jackson, Box, Devoll, PC, P.O. Box 1549, Enid OK 73702-1549
Harold Cundiff, 11906 S. Country Club Road, Stillwater OK 74059-4199

Harris Oil Co., Inc., Drawer 112, Cushing OK 74023-0112
Harris Oil Co., Inc., P.O. Box 1110, Cushing, OK 74023-1110
Huntington Energy, L.L.C., 908 N.W. 71st Street, Oklahoma City OK 73116-7402
Indian Electric Coop, 2506 E. Highway 64, Cleveland OK 74020-4054
Industrial Oils Unlimited, P.O. Box 3066, Tulsa OK 74101-3066
Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia PA 19101-7346
J J & K Oil Company LLC, McDonald Law PLLC, 15 W 6th Street Suite 2606, Tulsa OK 74119-5413
J.A. Marrs Oil Company, P.O. Box 1157, Drumright OK 74030-1157
Jacam Catalyst, LLC, 205 S Broadway, Sterling, KS 67579-2339
Jacam Chemicals 2013 LLC, 205 S. Broadway, P.O. Box 96, Sterling KS 67579-0096
Jacob Paul Griffin, P.O. Box 51, Hallett OK 74034-0051
James Hager, 201 W. 3rd Street, Jennings OK 74038
James J. Hodgens, PC, P.O. Box 686, 301 West Main Street, Stroud OK 74079-3611
James Vandever, P.O. Box 64, Jennings OK 74038-0064
Jaye Wilson, 3166 Old Hwy 52 South, Pilot Mountain NC 27041-7114
Jeff Scott,1805 E. 32nd Place, Tulsa OK 74105-2219
Jeremy Speaks, P.O. Box 412, Jennings OK 74038-0412
Jeremy W. Tillery, 320 West Web Street, Glencoe OK 74032-1466
Jessica Gosney, P.O. Box 86, Jennings OK 74038-0086
Jessica Woodward, P.O. Box 363, Jennings OK 74038-0363
Jimmy Sternbach, 368840 Old Terlton Road, Terlton OK 74081-3705
Jo Lynn Digranes ,1223 Villas Creek Drive, Edmond OK 73003-3097
Joe Waters, P.O. Box 70, Luther OK 73054-0070
KLO, LLC, McDonald Law, PLLC, 15 W 6th St., Ste. 2606, Tulsa, OK 74119-5413
KLO, LLC, c/o David W. Kvach, 321 S. Frankfort Avenue, Tulsa OK 74120-2428
Kaleb Morphew, 359505 W. 5750 Road, Jennings OK 74038
Keener Oil & Gas Company, 1648 South Boston, Suite 200, Tulsa OK 74119-4434
Koby Oil Company, LLC, P.O. Box 1945, Oklahoma City OK 73101-1945
LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587
LARRY & SHEILA MARTIN, 346751 E 4200 RD, PAWNEE OK  74058-3418
Larry Wolff, 750033 South 3540 Road, Cushing OK 74023-6740
Lee Levinson, Levinson, Smith & Huffman, P.C., 1743 E. 71st Street, Tulsa OK 74136-5108
Levinson Smith & Huffman P.C., 1743 East 71st Street, Tulsa OK 74136-5108
Lincoln County Land Office, 811 Manvel Avenue, Suite 5, Chandler OK 74834-3800
Lincoln County Treasurer, 811 Manvel Avenue #6, Chandler OK 74834-3800
Linda R. Ramsey, 137 East Maple Street, Drumright OK 74030-2630
Little River Energy Company, McDonald Law PLLC, 15 W 6th St Ste 2606, Tulsa OK 74119-5413
Logan County RWD #3, P.O. Box 187, Marshall OK 73056-0187
Logan County Treasurer, Logan County Courthouse, 301 E. Harrison Avenue #100, Guthrie OK 73044-4939
Logan County Treasurer, PO Box 219, Guthrie OK 73044-0219
Lojel Energy, LLC, 9724 Briarcreek, Oklahoma City OK 73162-7418

Loki Oil LLC ,1800 South Little Avenue, Cushing OK 74023-4854
Loki Oil LLC, PO Box 142, Cushing, OK 74023-0142
Loy Boyle d/b/a High Energy, P.O. Box 1762, Cushing OK 74023-1762
Maggard Supply & Oil Company, 257 Will Hayes Road, Ellisville MS 39437-4422
Maggie Meidinger, P.O. Box 234, Jennings OK 74038-0234
Marc L. Ellison, 2211 Norfolk St, Suite 510, Houston, TX 77098-4048
Mark A. Sellers, P.O. Box 443, Drumright OK 74030-0443
Mark Lauderdale Enterprise, 3215 E. Deep Rock Road, Cushing OK 74023-6425
Marvin & Mary Vann, 36356 Pinehill Road, Bristow OK 74010-2054
Matthew Griffith, 1393 S. 441st W. Avenue, Terlton OK 74081-3329
Matthew Stollings, 6123 N. Harmony Road, Cushing OK 74023-6177
Max Haken Glenco, 9815 N. Bethel Road, Glencoe OK 74032-1500
Measurement Solutions, Inc., 6705 E. 81st Street, Suite 156, Tulsa OK 74133-4129
Melba Watts, P.O. Box 434, Jennings OK 74038-0434
Memorial Machine, 6303 S. 40th West Avenue, Tulsa OK 74132-1200
Michael Jones, 52449 W. Hwy 16, Drumright OK 74030-4445
Mickalson Operating Company, P.O. Drawer 409, Jennings OK 74038-0409
Mid-Con Energy, III L.L.C., 2341 East 61st Street, Suite 850, Tulsa OK 74136
Mike Lauderdale, 3215 East Deeprock Road, Cushing OK 74023-6425
Mike Lauderdale Enterprise, 3215 E. Deep Rock Road, Cushing OK 74023-6425
Morgan Zollars, P.O. Box 481, Jennings OK 74038-0481
Myrna Sellers, 52594 West 101st Street South, Drumright OK 74030-5778
NBI Services, Inc., P.O. Box 4470, Tulsa OK 74159-0470
Nossaman E Oil Co., Inc., P.O. Box 15793, Oklahoma City OK 73155-5793
OGE Energy Corp., P.O. Box 321, Oklahoma City OK 73101-0321
Oak Hill Petroleum Corporation, 1611 Randel Road, Oklahoma City OK 73116-5627
Oakland Petroleum Operating, 1801 East 71st Street, Tulsa OK 74136-3922
Oakland Petroleum Operating, c/o Evan M. McLemore, Levinson, Smith & Huffman, P.C., 1743 E. 71st Street, Tulsa OK 74136-5108
Oakland Petroleum Operating Co, Inc. Creek County, 15 W 6th St Ste 2606, Tulsa OK 74119-5413
Office of Natural Resources Revenue, 6525 N. Meridian Avenue, Suite 270, Oklahoma City OK 73116-1420
Oil State Petroleum, P.O. Box 250, Jennings OK 74038-0250
Okie 811, 6908 N. Robinson Avenue, Oklahoma City OK 73116-9041
Oklahoma Corporation Commission, 2101 North Lincoln Blvd., Oklahoma City OK 73105-4993
Oklahoma One Call System Inc., 6908 N. Robinson Avenue, Oklahoma City OK 73116-9041
OKLAHOMA TAX COMMISSION, GENERAL COUNSELS OFFICE, 100 N BROADWAY AVE SUITE 1500, OKLAHOMA CITY OK 73102-8601
Oklahoma Tax Commission, Attn: Bankruptcy, P.O. Box 269056, Oklahoma City OK 73126-9056
Oklahoma Tax Commission, Attn: Legal, PO Box 269056, Oklahoma City, OK 73126-9056
Omega Rail Management Inc., 109 Westpark Drive, Suite 440, Brentwood TN 37027-5032
Omega Rail Management, Inc., 4721 Trousdale Drive, Suite 206, Nashville TN 37220-1372
PACE Exploration, P.O. Box 701923, Tulsa OK 74170-1923
Paradigm Twenty LLC, 5821 Jesse Lane, Stillwater OK 74074-8641

PARWEST LAND EXPLORATION, INC., 2601 NW EXPRESSWAY STE 500W, OKLAHOMA CITY OK 73112-7201
Parwest Land Exploration, Inc., c/o C. Robert Stell, 252 NW 70th Street, Oklahoma City OK 73116-7807
Patti Lynn Bryant, c/o Micah D. Sexton, 123 W. 7th, Suite 202, P.O. Box 1118, Stillwater OK 74076-1118
Patti Lynn Bryant, c/o Scott Kevin Thomas, P.O. Box 1118,123 West 7th Avenue, Suite 200, Stillwater OK 74074-4029
Paul Jones, P.O. Box 183, Jennings OK 74038-0183
Pawnee County Assessor, 500 Harrison Street #201, Pawnee OK 74058-2568
Payne County Rural Water District #2, P.O. Box 103, Terlton OK 74081-0103
Payne County Treasurer, 315 W. 6th Avenue, Stillwater OK 74074-4079
Petco Petroleum Corporation, 108 East Ogden Avenue, Hinsdale IL 60521-3874
Petro Warrior L.L.C., P.O. Box 306, Broken Arrow OK 74013-0306
Phil's Testing & Consulting, LLC, 13125 SE 40th Street, Choctaw OK 73020-6134
Philip Osterhout, P.O. Box 693, Drumright OK 74030-0693
Pitney Bowes, 2225 American Drive, Neenah WI 54956-1005
Pitney Bowes, c/o McCarthy, Burgess & Wolff, 26000 Cannon Road, Cleveland OH 44146-1807
Pitney Bowes Inc, 27 Waterview Dr, 3rd Fl, Shelton, CT 06484-4361
RBT Operating LLC, 2209 S. Airport Road, Cleveland OK 74020-4248
RCB BANK ATTN SPECIAL ASSETS, 300 W PATTI PAGE BLVD, CLAREMORE OK 74017-8039
RSI, Inc., P.O. Box 1829, Seminole OK 74818-1829
Randall & Deborah Fitzsimmons, 397180 W. 300 Road, Copan OK 74022-5403
Redtail Investments LLC, P.O. Box 120, Wheatland OK 73097-0120
Revard Oil & Gas Properties, Inc., P.O. Box 702294, Tulsa OK 74170-2294
Richard Allen Sellers, III, P.O. Box 711, Drumright OK 74030-0711
Ricky Ellifritt, 9954 South Hwy 99, Drumright OK 74030-5779
River Energy Ltd, LLC, P.O. Box 289, Mannford OK 74044-0289
Roberson Oil Company, Inc., P.O. Box 8, Ada OK 74821-0008
Rodney Patterson, P.O. Box 132, Jennings OK 74038-0132
Roe Oil Company, c/o Larry Roe, 6707 N. Harmony Road, P.O. Box 86, Cushing OK 74023-0086
Roger D Matheson, 12900 E 19th Avenue, Stillwater OK 74074-6519
Ruh Oil Company, P.O. Box 841, Owasso OK 74055-0841
S & M Production, P.O. Box 366, Pawnee OK 74058-0366
Sandra L. Kastning, P.O. Box 470, Jennings OK 74038-0470
Shawn Franklin Henry, 6908 Liberty Trails Blvd., Oklahoma City OK 73135-1902
Shideler Enterprises, Inc., P.O. Box 1233, Drumright OK 74030-1233
Sparks Oil Company, P.O. Box 597, Cleveland OK 74020-0597
Spress Oil Company, 200 South Broadway Street, Cleveland OK 74020-4617
Stacy Operating, LLC, P.O. Box 511, Cushing OK 74023-0511
Steve Crowder, P.O. Box 1113, Drumright OK 74030-1113
Suddenlink, 200 Jericho Quadrangle, Jericho NY 11753-2701
Sue Carmel Pinkerton, 1701 E. Fairlawn, Cushing OK 74023-5755
Superior Oil & Gas, LLC, 42516 Hwy 412, Ringwood OK 73768-7009

Superior Pipeline, P.O. Box 702500, Tulsa OK 74170-2500
Superior Pipeline Company, LLC, Attention: John Rosentreter, 8200 South Unit Drive, Tulsa, OK 74132-5300
Sykes Production, LLD, P.O. Box 527, Cleveland OK 74020-0527
TERZAN ENERGY II LLC, 880980 S 3420 RD, CHANDLER, OK 74834-5024
Tamera Clark, P.O. Box 182, Jennings OK 74038-0182
Tammy Clark, P.O. Box 263, Jennings OK 74038-0263
Tap Petroleum, Inc., P.O. Box 54, Cleveland OK 74020-0054
Tarka Energy, LLC, 2 Riverway, Suite 1100, Houston TX 77056-1940
Trina Tatum, P.O. Box 184, Jennings OK 74038-0184
Tucker Construction Co., Gray Reed, Julia Edwards, 1300 Post Oak Blvd. Ste. 200, Houston, TX 77056-3085
Umberham Oil Well Company, Box 363, Drumright OK 74030-0363
United States Trustee, United States Trustee, 215 Dean A. McGee Ave., 4th Floor, Oklahoma City, OK 73102-3479
Varene Martin, 3936 Caminito Del Mar Cove, San Diego CA 92130-2519
WALT PETTIT, 705 E YUMA DR, BROKEN ARROW OK  74011-7297
Warrior Exploration and Production, LLC, P.O. Box 711, Barnsdall OK 74002-0711
Waukesha-Pearce Industries, LLC, 2211 Norfolk,Suite 510, Houston, TX 77098-4048
Waukesha-Pearce Industries, LLC, c/o Bernardo J. Garcia, 2040 N. Loop West, Suite 308, Houston TX 77018-8123
Waukesha-Pearce Industries, LLC, c/o Jon D. Totz, Totz Ellison & Totz, P.C., 2211 Norfolk, Suite 510, Houston TX 77098-4048
Waukesha-Pierce Industries, LLC, P.O. Box 204116, Dallas TX 75320-4116
Waukeshan-Pierce Industries, LLC, P.O. Box 204116, Dallas TX 75320-4116
Weaver Investments, Inc., 45988 W. 141st Street South, Bristow OK 74010-9532
Willis G. Ross, 16316 E. 80th Street, Cushing OK 74023-6079
Yale Water and Sewage Trust, c/o William K. Elias, Elias, Books, Brown & Nelson, P.C., 211 N. Robinson Avenue, Oklahoma City OK 73102-7149
Yarhola Production Company, 1209 E. Bdwy, Drumright OK 74030duplicate
Yohanna Taulman, P.O. Box 333, Jennings OK 74038-0333
Courtney D. Powell, Spencer Fane LLP, 9400 N. Broadway Extension, Oklahoma City, OK 73114-7451
Jason P Kathman, Spencer Fane LLP, 5700 Granite Parkway, Suite 650, Plano, TX 75024-6812
Megan F Clontz, Spencer Fane LLP, 5700 Granite Parkway, Suite 650, Plano, TX 75024-6812

      This is to further certify that on March 13, 2023, a true and correct copy of the *Debtor's Motion to Extend Term of Existing Post-Petition Financing Pursuant to Section 364(c) of the Bankruptcy Code*, filed on March 13, 2023, was served to the following parties via the Court's ECF electronic transmission facilities upon the following parties:

Megan F Clontz on behalf of Debtor Keystone Gas Corporation
mclontz@spencerfane.com,
lvargas@spencerfane.com;mclontz@spencerfane.com;jkathman@spencerfane.com

Marjorie J. Creasey on behalf of U.S. Trustee United States Trustee
marjorie.creasey@usdoj.gov

Bret D. Davis on behalf of Creditor Ally Bank, c/o AIS Portfolio Services, LLC
bdavis@lamunmock.com, dstewart@lamunmock.com;r48987@notify.bestcase.com

Kevin P Doyle on behalf of Creditor Southern Kentucky Energy, LLC
kdoyle@praywalker.com, jcannon@praywalker.com

Brady Wes Granger on behalf of Creditor United States, ex rel., Internal Revenue Service
brady.granger@usdoj.gov

Jason P Kathman on behalf of Debtor Keystone Gas Corporation
jkathman@spencerfane.com, lvargas@spencerfane.com;mclontz@spencerfane.com

Prescott E Kiplinger on behalf of Creditor Huntington Energy, LLC
skiplinger@gablelaw.com, mwaller@gablelaw.com

Scott P. Kirtley on behalf of Creditor RCB Bank
skirtley@riggsabney.com, sunderwood@riggsabney.com

Lorena Massey on behalf of Creditor Oklahoma Tax Commission
bankruptcy@tax.ok.gov

Gary M McDonald on behalf of Creditor Guardian Energy Consultants, Inc.
gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Gary M McDonald on behalf of Creditor J.J.&K. Oil Co., LLC
gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Gary M McDonald on behalf of Creditor Little River Energy Company
gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Gary M McDonald on behalf of Creditor Marle Production Co., LLC
gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Gary M McDonald on behalf of Creditor Oakland Petroleum Operating Co., Inc.
gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Gary M McDonald on behalf of Creditor Yarhola Production Corporation
gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Natalie McMahan on behalf of Creditor Circle 9 Resources LLC
nmmcmahan@phillipsmurrah.com, mdmills@phillipsmurrah.com

Lyle R. Nelson on behalf of Creditor City of Yale
lyle@lylenelsonlaw.com

Lyle R. Nelson on behalf of Creditor Yale Water and Sewer Trust
lyle@lylenelsonlaw.com

Vance T. Nye on behalf of Creditor Gungoll Jackson Box & Devoll PC
nye@gungolljackson.com, roberts@gungolljackson.com

Courtney D. Powell on behalf of Debtor Keystone Gas Corporation
cpowell@spencerfane.com, llanon@spencerfane.com;lvargas@spencerfane.com

Craig M Regens on behalf of Creditor Huntington Energy, LLC
cregens@gablelaw.com, kcyrs@gablelaw.com;cregens@gmail.com

Kay Sewell on behalf of Creditor United States Department of Interior, ex rel. The Office of Natural Resources Revenue
kay.sewell@usdoj.gov, vicki.koehn@usdoj.gov;Kristi.wells@usdoj.gov

Kay Sewell on behalf of Creditor United States, ex rel., Internal Revenue Service
kay.sewell@usdoj.gov, vicki.koehn@usdoj.gov;Kristi.wells@usdoj.gov

Wyatt D Swinford on behalf of Creditor City of Yale
wswinford@eliasbooks.com

Wyatt D Swinford on behalf of Creditor Yale Water and Sewer Trust
wswinford@eliasbooks.com

Jeffrey E Tate on behalf of U.S. Trustee United States Trustee
jeff.tate@usdoj.gov, lynnrene.diamond@usdoj.gov;michele.adams@usdoj.gov

United States Trustee
Ustpregion20.oc.ecf@usdoj.gov

*/s/ Megan F. Clontz*

Courtney D. Powell, OBA No. 19444
9400 N. Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
Email:  cpowell@spencerfane.com

and

Jason P. Kathman, TX No. 24070036
*Admitted Pro Hac Vice*
Megan F. Clontz, TX No. 24069703
*Admitted Pro Hac Vice*
5700 Granite Parkway, Suite 650
Plano, Texas 75094
Telephone: (972) 324-0300
Facsimile: (972) 324-0301
Email:  jkathman@spencerfane.com
Email:  mclontz@spencerfane.com

**PROPOSED COUNSEL FOR DEBTOR**