**Dated: March 31, 2023**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-12088-SAH |
| **KEYSTONE GAS CORPORATION,** ) | |
| ) | Chapter 11 |
| **Debtor.** ) | |

## ORDER AND NOTICE OF HEARING ON DISCLOSURE STATEMENT

TO THE DEBTOR, CREDITORS, AND OTHER PARTIES IN INTEREST:

A disclosure statement and a plan under chapter 11 of the Bankruptcy Code have been filed by the Debtor on March 29, 2023. IT IS ORDERED, and notice is hereby given, that:

1. The hearing to consider the approval of the disclosure statement shall be held at: the sixth-floor courtroom of the Honorable Sarah A. Hall, 215 Dean A McGee Ave., Oklahoma City, Oklahoma, on May 10, 2023, at 1:30 p.m.

2. April 28, 2023 is fixed as the last day for filing and serving, in accordance with Fed. R. Bankr. P. 3017(a), written objections to the disclosure statement.

3. Upon entry of this order, the disclosure statement and plan shall be distributed in accordance with Fed. R. Bankr. P. 3017(a).

4.    Requests for copies of the disclosure statement and plan shall be mailed to the debtor in possession at Spencer Fane, LLP, Attn: Luzmarina Vargas, 5700 Granite Parkway, Suite 650, Plano, Texas 75024, or by email to lvargas@spencerfane.com.

PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(L)(1)(a) FINDINGS OF FACT ARE BASED UPON REPRESENTATIONS OF COUNSEL.

###

Approved for Entry:

**SPENCER FANE LLP**

*/s/ Megan F. Clontz*

Courtney D. Powell, OBA No. 19444
9400 N. Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
Email: cpowell@spencerfane.com

and

Jason P. Kathman, TX No. 24070036
*Admitted Pro Hac Vice*
Megan F. Clontz, TX No. 24069703
*Admitted Pro Hac Vice*
5700 Granite Parkway, Suite 650
Plano, Texas 75024
Telephone: (972) 324-0300
Facsimile: (972) 324-0301
Email: jkathman@spencerfane.com
Email: mclontz@spencerfane.com

**COUNSEL FOR DEBTOR**
**AND DEBTOR-IN-POSSESSION**