IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| KEYSTONE GAS CORPORATION, ) | Case No. 22-12088-SAH |
| ) | Chapter 7 |
| Debtor. ) | |

**CIRCLE 9 RESOURCES LLC'S OBJECTION TO TRUSTEE'S
MOTION TO SELL ESTATE'S INTEREST IN PROPERTY OF THE
ESTATE FREE AND CLEAR OF LEINS AND ENCUMBRANCES
PURSUANT TO 11 U.S.C. § 363(B) AND (F), WITH BRIEF IN SUPPORT**

Circle 9 Resources LLC ("Circle 9"), by and through its undersigned counsel, hereby files this (the "Objection") to the Trustee's Motion to sell Estate's Interest in Property of the Estate Free and Clear of Liens and Encumbrances Pursuant to 11 U.S.C. § 363(b) and (f) [Doc. 291] (the "Motion") filed by John D. Mashburn, Trustee (the "Trustee"). In support of this Objection, Circle 9 states as follows:

## I.  INTRODUCTION

While Circle 9 does not generally object to the Trustee's attempts to sell estate property, it does object to the extent the Trustee seeks to either (1) sell such property free and clear of certain interests of Circle 9 or (2) reject certain agreements involving Circle 9. Specifically, the Motion identifies three agreements with Circle 9 that are sought to be expressly rejected. Such agreements constitute gas gathering agreements that run with the land and cannot be rejected. Accordingly, to the extent the Trustee seeks to sell assets free and clear of such interests or reject such agreements, the Motion must be denied.

## II.  BACKGROUND

1. On September 14, 2022, Keystone Gas Corporation (the "Debtor") filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

1941296

2. On August 11, 2023, the Debtor's chapter 11 case was converted to chapter 7.

3. Prior to the Petition Date, Circle 9 entered into certain gas gathering agreements involving certain property or interests, which property or interests are presently owned by the Debtor.

4. On December 7, 2023, the Trustee filed the Motion.

5. Attached to the Motion is a schedule identifying contracts to be rejected, which includes the agreements with Circle 9. Such schedule listed the following agreements:

| THOMAS | 122-001 | UNKNOWN | UNKNOWN | CIRCLE 9 RESOURCES LLC | 210 PARK AVE STE 1350 | OKLAHOMA CITY, OK, 73101-0249 |
| JACK | 122-005 | UNKNOWN | UNKNOWN | CIRCLE 9 RESOURCES LLC | 210 PARK AVE STE 1350 | OKLAHOMA CITY, OK, 73101-0249 |
| NANCY JANE | 122-006 | UNKNOWN | UNKNOWN | CIRCLE 9 RESOURCES LLC | 210 PARK AVE STE 1350 | OKLAHOMA CITY, OK, 73101-0249 |

### III.    ARGUMENT AND AUTHORITIES

**A.    The Trustee Cannot Sell Property Free and Clear of Circle 9's Interests, Which Run With the Land**

Bankruptcy Code section 363 permits a debtor in possession to sell, other than in the ordinary course of business, property of the estate. 11 U.S.C. § 363. Sales under Bankruptcy Code section 363(b) may be free any clear of any interest in such property of an entity other than the bankruptcy estate *only if* one of five conditions is met:

> (1) applicable nonbankruptcy law permits sale of such property free and clear of such interest;
> 
> (2) such entity consents;
> 
> (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
> 
> (4) such interest is in bona fide dispute; or
> 
> (5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

2

11 U.S.C. § 363(f). "Outside of the confirmation of a Chapter 11 plan of reorganization, this section, which is applicable to debtors in possession as well as to trustees, is the sole authority for the sale of property of the estate free and clear of liens, whether such a sale is in the ordinary course of the debtor's business or not." *In re Inv. Co. of the Sw., Inc.*, 302 B.R. 112 (B.A.P. 10th Cir. 2003) (internal citations omitted).

Gas gathering agreements, such as the agreements with Circle 9, contain covenants burdening the underlying real property and mineral interests, which run with the land. *See In re Badlands Energy, Inc.*, 608 B.R. 854, 868 (Bankr. D. Colo. 2019). A covenant running with the land cannot be extinguished under Bankruptcy Code section 363(f). *See id.* at 874.

In *Badlands*, the owner and operating of a natural gas gathering and processing and salt water disposal system brought an action against chapter 11 debtors and a third party purchaser of certain of the debtor's assets seeking a determination that gas gathering agreements were covenants running with the land that would not be affected by a sale of the debtor's assets in bankruptcy. The court sided with the owner of the gathering system, finding that such agreements were covenants running with the land that would not be eliminated by the debtor's sale of the property free and clear under Bankruptcy Code section 363. *Id.*

Accordingly, to the extent the Motion seeks to eliminate the covenants running with the land contained in the agreements with Circle 9, the Motion must be denied.

**B.     The Trustee Cannot Reject the Agreements with Circle 9**

Bankruptcy Code section 365(a) provides that a trustee "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a). Covenants running with the land, such as the Circle 9 gas gathering agreements, are not executory contracts. *Badlands Energy*, 608 B.R. at 875. Accordingly, Bankruptcy Code section 365(a) is not applicable and the Circle 9 agreements cannot be rejected by the Trustee.

Thus, to the extent the Trustee seeks to reject the Circle 9 agreements, the Motion must be denied.

## IV. CONCLUSION

WHEREFORE, for the reasons stated herein, Circle 9 requests that the Motion be denied to the extent it seeks to (i) convey assets free and clear of Circle 9's interests or (ii) reject any gas gathering agreements with Circle 9. Circle 9 further asks for such other and further relief as is just and proper.

Respectfully submitted,

*/s/ Clayton D. Ketter*
Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
PHILLIPS MURRAH P.C.
101 North Robinson Avenue, Suite 1300
Oklahoma City, OK  73102
(405) 235-4100
(405) 235-4133 (fax)
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com

ATTORNEYS FOR
CIRCLE 9 RESOURCES LLC

4