## UNITED STATES BANKRUPTCY COURT
WESTERN **DISTRICT OF** OKLAHOMA

In re:                                         §
                                               §
KEYSTONE GAS CORPORATION                       §        Case No. 22-12088 SH
                                               §
                         Debtor                §

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 11 of the United States Bankruptcy Code was filed on 09/14/2022 . The case was converted to one under Chapter 7 on 08/11/2023 . The undersigned trustee was appointed on .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                 $        450,000.00

        Funds were disbursed in the following amounts:

        Payments made under an interim                          0.00
        disbursement
        Administrative expenses                            22,948.24
        Bank service fees                                   2,956.61
        Other payments to creditors                       373,625.09
        Non-estate funds paid to 3rd Parties                    0.00
        Exemptions paid to the debtor                           0.00
        Other payments to the debtor                            0.00

        Leaving a balance on hand of[1]            $         50,470.06

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  11/23/2022  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 25,750.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 25,750.00 , for a total compensation of $ 25,750.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 892.87 , for total expenses of $ 892.87 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/24/2024                          By:/s/John Mashburn
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit A

Case No:    22-12088    SH    Judge: SARAH A. HALL

Case Name:    KEYSTONE GAS CORPORATION

For Period Ending:  09/24/24

Trustee Name:    John Mashburn

Date Filed (f) or Converted (c):  08/11/23 (c)

341(a) Meeting Date:    09/19/23

Claims Bar Date:    11/23/22

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RCB Bank Checking 2300 | 253.32 | 253.32 | | 0.00 | FA |
| 2. Gross Production Tax Bond No. S257722, Oklahoma Tax Commission | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 3. Bureau of Indian Affairs Performance Bond No. G07-2944, U.S. Department of the Interior | 1,440.00 | 1,440.00 | | 0.00 | FA |
| 4. Administrative Appeal Bond No. CBB0047341, U.S. Department of the Interior | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 5. Retainer to Spencer Fane LLP | 29,502.40 | 29,502.40 | | 0.00 | FA |
| 6. Accounts receivable 90 days old or less | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 7. Accounts receivable Over 90 days old | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 8. 2008 GMC Sierra (5464) | 6,325.00 | 6,325.00 | | 0.00 | FA |
| 9. 2012 Chevy Silverado (9965) | 14,500.00 | 14,500.00 | | 1,450.00 | FA |
| 10. 2005 Freightliner Water Truck (8026) | 50,000.00 | 50,000.00 | | 5,000.00 | FA |
| 11. 2018 Chevy Silverado (7882) | 27,200.00 | 17,051.00 | | 2,700.00 | FA |
| 12. 2018 Chevy Silverado (5721) | 27,200.00 | 18,715.31 | | 2,700.00 | FA |
| 13. 2017 Chevy Silverado (2791) | 26,050.00 | 23,316.17 | | 2,600.00 | FA |
| 14. 2005 Chevy Silverado (1165) | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 15. 1998 Ford F800 (6835) | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 16. 2009 Ford F450 (2759) | 26,725.00 | 26,725.00 | | 0.00 | FA |
| 17. 2011 Chevy Silverado (7200) | 12,600.00 | 12,600.00 | | 1,260.00 | FA |
| 18. 2011 Chevy Silverado (9227) | 12,600.00 | 12,600.00 | | 1,260.00 | FA |
| 19. 1999 Ford F350 (6792) | 15,500.00 | 15,500.00 | | 0.00 | FA |
| 20. 2000 Ford F350 (0456) | 15,600.00 | 15,600.00 | | 0.00 | FA |
| 21. 2006 Chevy Silverado (6582) | 2,125.00 | 2,125.00 | | 225.00 | FA |
| 22. 2007 Ford F450 (7000) | 15,525.00 | 15,252.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

**Exhibit A**

Case No:        22-12088      SH    Judge: SARAH A. HALL

Case Name:      KEYSTONE GAS CORPORATION

Trustee Name:                              John Mashburn

Date Filed (f) or Converted (c):        08/11/23 (c)

341(a) Meeting Date:                     09/19/23

Claims Bar Date:                         11/23/22

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. 2007 Chevy Silverado (4914) | 3,900.00 | 3,900.00 | | 0.00 | FA |
| 24. 1985 GMC TopKick (8011) | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 25. 2007 GMC Sierra (7152) | 6,375.00 | 6,375.00 | | 0.00 | FA |
| 26. 2012 Dodge 3500 (1871) | 21,475.00 | 21,475.00 | | 0.00 | FA |
| 27. 2003 Chevy Silverado (3905) | 225.00 | 225.00 | | 0.00 | FA |
| 28. 2009 Chevrolet Silverado (2336) | 7,950.00 | 7,950.00 | | 750.00 | FA |
| 29. 2011 Chevrolet Silverado 2500 (8052) | 12,600.00 | 12,600.00 | | 1,200.00 | FA |
| 30. CAT 420 F Backhoe, Serial #CAT0420FPSKR04246 | 50,000.00 | 50,000.00 | | 5,000.00 | FA |
| 31. Gooseneck Trailer (Big Tex) (3030) | 15,000.00 | 15,000.00 | | 1,500.00 | FA |
| 32. Scrap Vacuum Truck - Inoperable | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 33. Older wrecked Chevy Silverado (flat) truck | 500.00 | 500.00 | | 0.00 | FA |
| 34. Older Chevy Silverado (needs an engine) | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 35. Miscellaneous pipeline parts and equipment | 5,000.00 | 5,000.00 | | 500.00 | FA |
| 36. Miscellaneous Engines | 10,000.00 | 10,000.00 | | 1,000.00 | FA |
| 37. Misc compressors and core for Waukesha V12 | 100,000.00 | 100,000.00 | | 5,000.00 | FA |
| 38. Misc spare parts, pipeline, and welding equipment at GiGi Shop | 10,000.00 | 10,000.00 | | 1,000.00 | FA |
| 39. Cat G342 200 HP Engine w/ Compressor #5268 #71B03427 | Unknown | 100,000.00 | | 5,000.00 | FA |
| 40. WAU-L5788GRU 800 HP Engine w/ Compressor #46056 | Unknown | 500,000.00 | | 10,000.00 | FA |
| 41. Cooper GMXD6 400 HP Engine w/ Integral Compressor (43960) | Unknown | 50,000.00 | | 5,000.00 | FA |
| 42. Gas Conditioning Plant | Unknown | 250,000.00 | | 5,000.00 | FA |
| 43. G379A Cat 3300 Engine w Knight Compressor #72F00989 | Unknown | 75,000.00 | | 4,000.00 | FA |
| 44. WAU-L7042GSI 1200 HP Engine w/IR-RDS-4 | Unknown | 700,000.00 | | 10,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    3

Exhibit A

| Case No: | 22-12088    SH    Judge: SARAH A. HALL | Trustee Name: | John Mashburn |
|---|---|---|---|
| Case Name: | KEYSTONE GAS CORPORATION | Date Filed (f) or Converted (c): | 08/11/23 (c) |
| | | 341(a) Meeting Date: | 09/19/23 |
| | | Claims Bar Date: | 11/23/22 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| #YRS922#307948 | | | | | |
| 45. Cummins S#25124932 w/190 HP Engine w/ Vane #4004-71519-1 | Unknown | 100,000.00 | | 7,000.00 | FA |
| 46. Cummins S#11362882 w/190 HP Engine w/Vane #4004-77518-7 | Unknown | 100,000.00 | | 7,000.00 | FA |
| 47. Cooper Type 80 HP Engine w Compressor #507 | Unknown | 25,000.00 | | 1,500.00 | FA |
| 48. Cummins S#2512750 w/190 HP Engine w/ Vane #4004-77337-1 | Unknown | 100,000.00 | | 7,000.00 | FA |
| 49. Cummins S#25142002 w/190 HP Engine w/Vane #4004-77517-1 | Unknown | 100,000.00 | | 7,000.00 | FA |
| 50. WAU-F817GU 130 HP Engine w/IR-ESH Compressor #C-11591/2 | Unknown | 150,000.00 | | 8,000.00 | FA |
| 51. WAU-F817GU 130 HP Engine w/IR-ESH Compressor #132805 | Unknown | 150,000.00 | | 8,000.00 | FA |
| 52. WAU-F817GU 130 HP Engine w/IR-ESH Compressor #266458 | Unknown | 150,000.00 | | 8,000.00 | FA |
| 53. WAU-F1197GU 195 HP Engine w/IR-ESH Compressor #221709 | Unknown | 175,000.00 | | 8,000.00 | FA |
| 54. WAU-F1197GU 195 HP Engine w/IR-ESH Compressor #386778 | Unknown | 175,000.00 | | 8,000.00 | FA |
| 55. WAU-F1197GU 195 HP Engine w/IR-ESH Compressor #109948 | Unknown | 175,000.00 | | 8,000.00 | FA |
| 56. WAU-L5790GU Engine w/Comp #OF6SU2 & Dehyd.#L-97072N | Unknown | 500,000.00 | | 10,000.00 | FA |
| 57. Arrow A54 (VRG330) Engine w/KHB Comp #5153 #P-2455 | Unknown | 35,000.00 | | 1,500.00 | FA |
| 58. Waukesha (VRG330) Engine #35444340 | Unknown | 35,000.00 | | 1,500.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    4

**Exhibit A**

Case No:        22-12088      SH    Judge: SARAH A. HALL

Case Name:      KEYSTONE GAS CORPORATION

Trustee Name:                              John Mashburn

Date Filed (f) or Converted (c):    08/11/23 (c)

341(a) Meeting Date:                    09/19/23

Claims Bar Date:                          11/23/22

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 59. Plant 1 Gas Conditioning Plant Built Exterran | Unknown | 100,000.00 | | 7,000.00 | FA |
| 60. Plant 2 Gas Conditioning Plant Built Exterran | Unknown | 100,000.00 | | 7,000.00 | FA |
| 61. Waukesha F1197 w/Joy Compressor #289632 | Unknown | 80,000.00 | | 4,000.00 | FA |
| 62. Waukesha F817 w/GD Compressor #B14-5507 | Unknown | 25,000.00 | | 1,500.00 | FA |
| 63. WAU-F1197GU Engine w/IR-ESH Comp #11CW321#366549 | Unknown | 175,000.00 | | 8,000.00 | FA |
| 64. WAU-L7042GU 889 HP Engine w/WB72 Joy Comp #205520 | Unknown | 500,000.00 | | 10,000.00 | FA |
| 65. WAU-L5790GU 800 HP Engine w/IR-RDS2 Comp#YRX2256 | Unknown | 500,000.00 | | 10,000.00 | FA |
| 66. 3212 N. Norfolk Road Cushing, OK 74023 Land Improv | 22,104.00 | 22,104.00 | | 2,200.00 | FA |
| 67. 48061 W. 51st Street S Jennings, OK 74038 "Buckeye Land | 49,251.00 | 49,251.00 | | 4,900.00 | FA |
| 68. Pipeline - See attached Exhibit 55.30 | Unknown | 0.00 | | 116,377.50 | FA |
| 69. Pipeline Rights of Way and Easements - See attached Exhibit 55.31 | 514,642.00 | 514,642.00 | | 116,377.50 | FA |
| 70. E Lone Chimney Road, Payne County, OK Land Improvements - Glencoe | 21,560.00 | 21,560.00 | | 0.00 | FA |
| 71. S Council Creek Road Payne County, OK Land Improvements - Ingalls | 26,520.00 | 26,520.00 | | 0.00 | FA |
| 72. 12 Oil and Gas Leases - All near Avery, OK in Lincoln County | Unknown | 200,000.00 | | 0.00 | FA |
| 73. Priority One designation with Oklahoma Corporations Commission | Unknown | 0.00 | | 0.00 | FA |
| 74. Blue Flame Gas Company - 100% Ownership | 706.95 | 706.95 | | 0.00 | FA |
| 75. Causes of action against ODOT Nature of Claim Breach of Contract and other causes of action Amount requested $1,000,000.00 | Unknown | 0.00 | | 0.00 | FA |
| 76. Cause of action RCB Bank | 28,251.90 | 28,251.90 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    5

Exhibit A

| Case No: | 22-12088    SH    Judge: SARAH A. HALL |
| Case Name: | KEYSTONE GAS CORPORATION |

| Trustee Name: | John Mashburn |
| Date Filed (f) or Converted (c): | 08/11/23 (c) |
| 341(a) Meeting Date: | 09/19/23 |
| Claims Bar Date: | 11/23/22 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Nature of claim Subsequent transferee of pre-petition transfer<br>Amount requested $28,251.90 | | | | | |
| 77. Claims against Marle Production Co., LLC; J.J. &<br>  K. Oil Company LLC; Levinson Smith & Huffman P.C.; Little River<br>  Energy Co.; Oakland Petroleum Operating;<br>  Yarhola Production Company; Lee Levinson; Steve Crowder; and Philip<br>  Osterhout<br>  Nature of claim Counter claims and causes of action for tortious<br>  interference<br>  Amount requested $0.00 | Unknown | 0.00 | | 0.00 | FA |
| 78. Breach of contract against City of Yale<br>  Nature of claim Breach of contract<br>  Amount requested $50,000.00 | Unknown | 0.00 | | 0.00 | FA |
| 79. Cause of action against Superior Pipeline<br>  Nature of claim Breach of Contract<br>  Amount requested $150,000.00 | Unknown | 0.00 | | 0.00 | FA |
| 80. ODOT Contract - Norfolk Road | Unknown | 294,504.87 | | 0.00 | FA |
| 81. ODOT Contract - Hwy 18 | Unknown | 257,219.88 | | 0.00 | FA |
| 82. Fort Cobb Fuel Authority Contract | Unknown | 0.00 | | 0.00 | FA |
| 83. First United Bank checking 4451 | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,318,906.57 | $7,173,990.80 | | $450,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    6

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 22-12088    SH    Judge: SARAH A. HALL | Trustee Name: | John Mashburn |
| Case Name: | KEYSTONE GAS CORPORATION | Date Filed (f) or Converted (c): | 08/11/23 (c) |
| | | 341(a) Meeting Date: | 09/19/23 |
| | | Claims Bar Date: | 11/23/22 |

10/17/22 a. Unless otherwise set forth herein, all entities (other than governmental units)

holding claims that arose (or are deemed to have arisen) prior to the Petition Date,

as well as 503(b)(9) Claims, must file proofs of claim, including with respect to secured claims, unsecured priority

claims, and unsecured non-priority claims no later than Wednesday, November 23, 2022 5:00 p.m. prevailing Central time.

   b. Unless otherwise set forth herein, all governmental units holding claims that arose (or are deemed

to have arisen) prior to the Petition Date, as well as 503(b)(9) Claims

must file proofs of claim, including with respect to secured claims, unsecured priority claims, and unsecured

non-priority claims no later than Monday, March 13, 2023, at 5:00 p.m. prevailing Central time.

7/20/2023 Motion to Convert to Chapter 7

8/15/2023 Pursuing O&G, real property, machinery & equipment

8/15/2023 Motion to hire Atty FILED

8/30/2023 Order to hire Atty FILED

10/11/2023 Axos had to input all properties manually because it would not import. A form one was not filed earlier for

that reason. Amended schedule changes reviewed. Form 1 FILED

10/20/2023 Trustees end of the year interim report FILED

12/7/2023 Trustee's Motion to sell pipeline syste, FILED

12/28/2023 An Objtection to the Motion to sell was filed by Circle 9

1/2/2024 Witness and exhibit list for J Mashburn FILED. Extension of time to respond to Objection and Order FILED

1/8/2024 Agreed Order granting Motion to sell pipeline system FILED.

1/25/2024 Motion to hire CPA FILED

1/26/2024 Report of sale FILED

2/9/2024 Order on Motion to hire CPA FILED

6/13/2024 Review of financial records and estate receipts and expected disbursements; Detailed email of same with key

financial records, income and expected disbursements to CPA for review and preparation of the estate tax return.

7/19/2024 Motion to pay secure claims FILED and mailed to matrix

7/30/2024 Atty Fee App & CPA Fee App FILED. Notices mailed to matrix.

8/21/2024 Orders on CPA fees and Atty fees FILED

Initial Projected Date of Final Report (TFR): 09/19/25         Current Projected Date of Final Report (TFR): 09/19/25

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 22-12088 -SH | |
| Case Name: | KEYSTONE GAS CORPORATION | |
| | | |
| Taxpayer ID No: | *******2884 | |
| For Period Ending: | 09/24/24 | |

| | |
|---|---|
| Trustee Name: | John Mashburn |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******1831  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 8,584,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/24 | * NOTE * | Skye OK, LLC<br>21 North Greenwood Ave.<br>Suite 400<br>Tulsa, OK 74120 | Sale of pipeline system<br>1/26/2024 CHK#9159830025  $450,000.00  Pipeline system sale<br>* NOTE *  Properties 9, 10, 11, 12, 13, 17, 18, 21, 28, 29, 30, 31, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69 | 1129-000 | 450,000.00 | | 450,000.00 |
| 02/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 48.08 | 449,951.92 |
| 03/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 464.74 | 449,487.18 |
| 04/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 496.28 | 448,990.90 |
| 05/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 479.74 | 448,511.16 |
| 06/03/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 495.21 | 448,015.95 |
| 07/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 478.74 | 447,537.21 |
| * 07/03/24 | 200001 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Bond Payment Bond # 612418759 | 2300-003 | | 397.33 | 447,139.88 |
| * 07/03/24 | 200001 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Bond Payment Bond # 612418759 | 2300-003 | | -397.33 | 447,537.21 |
| 07/03/24 | 200002 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Bond Payment Bond # 612418759 | 2300-000 | | 401.82 | 447,135.39 |
| 08/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 493.82 | 446,641.57 |
| 08/05/24 | 200003 | Lincoln County Treasurer<br>811 Manvel Avenue #6 | Secured claim/ lien payment per<br>Order of the Court 8/5/2024 | 4800-000 | | 65,689.43 | 380,952.14 |

Page Subtotals    450,000.00    69,047.86

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit B

Case No:        22-12088  -SH

Case Name:    KEYSTONE GAS CORPORATION

Taxpayer ID No:    *******2884

For Period Ending: 09/24/24

Trustee Name:        John Mashburn

Bank Name:        Axos Bank

Account Number / CD #:        *******1831  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):    $  8,584,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/05/24 | 200004 | Chandler OK 74834 Circle 9 Resources, LLC c/o Phillips Murrah P.C. 101 North Robinson Corporate Tower, 13th Floor Oklahoma City, OK 73102 | Secured claim/lien payment per Order of the Court 8/5/2024 | 4120-000 | | 45,007.00 | 335,945.14 |
| 08/05/24 | 200005 | Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia PA 19101 | Secured claim/lien payment per Order of the Court 8/5/2024 | 4300-000 | | 262,928.66 | 73,016.48 |
| 08/22/24 | 200006 | STEVE RUTHERFORD 4812 E 81st St. #302 Tulsa, OK 74137 | CPA For Trustee - Fees per Order of the Court 8/21/24 | 3991-000 | | 3,037.50 | 69,978.98 |
| 08/22/24 | 200007 | JOHN MASHBURN 1616 E. 19th Street Suite 301 Edmond, OK 73013 | Atty for Trustee Fees per Order of the Court 8/21/24 | 3110-000 | | 18,225.00 | 51,753.98 |
| 08/22/24 | 200008 | JOHN MASHBURN 1616 E. 19th Street Suite 301 Edmond, OK 73013 | Atty For Trustee Costs per Order of the Court 8/21/24 | 3120-000 | | 1,283.92 | 50,470.06 |

Page Subtotals        0.00        330,482.08

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 22-12088 -SH | Trustee Name: | John Mashburn |
| Case Name: | KEYSTONE GAS CORPORATION | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******1831 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2884 | | |
| For Period Ending: | 09/24/24 | Blanket Bond (per case limit): | $ 8,584,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 450,000.00 | 399,529.94 | 50,470.06 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 450,000.00 | 399,529.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 450,000.00 | 399,529.94 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account (Non-Interest Earn - *******1831 | | 450,000.00 | 399,529.94 | 50,470.06 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 450,000.00 | 399,529.94 | 50,470.06 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 22.071

| | | | | EXHIBIT C | | |
|---|---|---|---|---|---|---|

Page 1

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 24, 2024

Case Number: 22-12088
Debtor Name: KEYSTONE GAS CORPORATION

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | JOHN MASHBURN 1616 E. 19th Street Suite 301 Edmond, OK 73013 | Administrative | | $18,225.00 | $18,225.00 | $0.00 |
| 001 3120-00 | JOHN MASHBURN 1616 E. 19th Street Suite 301 Edmond, OK 73013 | Administrative | | $1,283.92 | $1,283.92 | $0.00 |
| 001 3991-00 | STEVE RUTHERFORD 4812 E 81st St. #302 Tulsa, OK 74137 | Administrative | | $3,037.50 | $3,037.50 | $0.00 |
| 002 6700-00 | Spencer Fane LLP 5700 Granite Parkway, Suite 650 Plano, TX 75024 | Administrative | 12/22/2023 Per Court Order Total Fees $222,671.50 Total expenses $7,602.98 = $230,274.48 subtract $29,502.40 for draw down of remaining retainer = $200,772.08 | $200,772.08 | $0.00 | $200,772.08 |
| 002 6710-47 | Navitas Utility Corporation c/o William H. Hoch, III 324 N. Robinson Ave. Suite 100 Oklahoma City, OK 73102 | Administrative | 7/25/2024 Per Court Order | $128,499.94 | $0.00 | $128,499.94 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Administrative | | $401.82 | $401.82 | $0.00 |
| 000009 040 5800-00 | Oklahoma Tax Commission Attn: Legal PO Box 269056 Oklahoma City, OK 73126 | Priority | | $127,599.01 | $0.00 | $127,599.01 |
| 000021 040 5800-00 | Logan County Treasurer PO Box 219 Guthrie OK 73044 | Priority | | $18,298.78 | $0.00 | $18,298.78 |
| 000023 040 5800-00 | Payne County Treasurer 315 W. 6th Avenue Ste 101 Stillwater OK 74074 | Priority | | $180,186.30 | $0.00 | $180,186.30 |
| 000032 040 5800-00 | Greg Sparks P.O. Box 3897 Afton OK 74331 | Priority | | $600.00 | $0.00 | $600.00 |
| 000046 040 5800-00 | Pawnee County Treasurer 500 Harrison St Room 200 Pawnee OK 74058 | Priority | | $37,312.36 | $0.00 | $37,312.36 |
| 000049 002 5800-00 | OFFICE OF THE UNITED STATES TRUSTEE P.O. BOX 608 ALBUQUERQUE, NM 87102 | Priority | (49-1) Delinquent Fees Under Chapter 123 of Title 28, United States Code | $792.55 | $0.00 | $792.55 |

| | EXHIBIT C | |
|---|---|---|
| Page 2 | ANALYSIS OF CLAIMS REGISTER | Date: September 24, 2024 |

Case Number: 22-12088

Debtor Name: KEYSTONE GAS CORPORATION

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 00044B 040 5800-00 | Internal Revenue Service 1919 Smith Street, M/S 5024 HOU Houston, TX 77002 | Priority | | $327,732.47 | $0.00 | $327,732.47 |
| 000001 070 7100-00 | Dell Financial Services, LLC Resurgent Capital Services PO Box 10390 Greenville, SC 29603-0390 | Unsecured | | $6,152.29 | $0.00 | $6,152.29 |
| 000004 070 7100-00 | Creek County Treasurer 317 E. Lee, Room 201 Sapulpa OK 74066 | Unsecured | | $94,401.43 | $0.00 | $94,401.43 |
| 000005 070 7100-00 | Jacam Catalyst, LLC 205 S Broadway Sterling, KS 67579 | Unsecured | (5-1) Account Number (last 4 digits):5049 | $49,815.20 | $0.00 | $49,815.20 |
| 000006 070 7100-00 | Pitney Bowes Inc 27 Waterview Dr, 3rd Fl Shelton, CT 06484 | Unsecured | (6-1) Account Number (last 4 digits):3376 | $3,438.10 | $0.00 | $3,438.10 |
| 000008 070 7100-00 | Superior Pipeline Company, LLC Attention: John Rosentreter 8200 South Unit Drive Tulsa, OK 74132 | Unsecured | | $40,089.14 | $0.00 | $40,089.14 |
| 000011 070 7100-00 | Waukesha-Pearce Industries, LLC 2211 Norfolk Suite 510 Houston, TX 77098 | Unsecured | | $17,026.77 | $0.00 | $17,026.77 |
| 000012 070 7100-00 | Airgas USA, LLC P.O. Box 734671 Dallas TX 75373 | Unsecured | (12-1) Account Number (last 4 digits):8018 | $82.06 | $0.00 | $82.06 |
| 000013 070 7100-00 | Airgas USA, LLC P.O. Box 734671 Dallas TX 75373 | Unsecured | (13-1) Account Number (last 4 digits):8018 | $301.50 | $0.00 | $301.50 |
| 000014 070 7100-00 | Cartledge & Cartledge Oil Co PO Box 40 Kiefer OK 74041 | Unsecured | | $2,500.00 | $0.00 | $2,500.00 |
| 000015 070 7100-00 | First United Bank c/o Wm. Riley Nix, Atty 717 N. Crockett St Sherman, TX 75090 | Unsecured | (15-1) Unsecured claim #4451 - DDA overdraft | $674.47 | $0.00 | $674.47 |
| 000016 070 7100-00 | Aruba Petroleum, Inc. 7018 Stone Meadow Drive Dallas, TX 75230 | Unsecured | | $8,899.01 | $0.00 | $8,899.01 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 3

Date: September 24, 2024

Case Number: 22-12088
Debtor Name: KEYSTONE GAS CORPORATION

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000017 070 7100-00 | Larry and/or Sheila Martin 346751 E 4200 Rd Pawnee, OK 74058 | Unsecured 1/4/2023 Amended claim filed | | $10,000.00 | $0.00 | $10,000.00 |
| 000018 070 7100-00 | Loki Oil LLC PO Box 142 Cushing, OK 74023 | Unsecured | | $7,427.54 | $0.00 | $7,427.54 |
| 000019 070 7100-00 | Eagle River Energy Corp. 3701 S. Orange Circle Broken Arrow OK 74011 | Unsecured | | $2,822.40 | $0.00 | $2,822.40 |
| 000020 070 7100-00 | Wells Fargo Vendor Financial Services, LLC P O Box 931093 Atlanta, GA 31193 | Unsecured (20-1) Account Number (last 4 digits):2356 | | $7,804.02 | $0.00 | $7,804.02 |
| 000022 070 7100-00 | Roger D Matheson 12900 E 19th Avenue Stillwater OK 74074 | Unsecured | | $1,500.00 | $0.00 | $1,500.00 |
| 000024 070 7100-00 | LVNV Funding, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured (24-2) Commercial (24-2) amended the claim to add supporting media 4/25/2023 Withdrawal of claim FILED | | $6,152.29 | $0.00 | $6,152.29 |
| 000025 070 7100-00 | Oak Hill Petroleum Corporation 1611 Randel Road Oklahoma City OK 73116 | Unsecured | | $11,344.58 | $0.00 | $11,344.58 |
| 000027 070 7100-00 | Tucker Construction Co. Gray Reed Julia Edwards 1300 Post Oak Blvd. Ste. 200 Houston, TX 75056 | Unsecured | | $58,598.79 | $0.00 | $58,598.79 |
| 000028 070 7100-00 | Gungoll, Jackson, box & Devoll, P.C. 101 Park Avenue Suite 1400 Oklahoma City, OK 73102 | Unsecured 9/16/2024 AMENDED claim FILED. New claim amount is $8,864.18 includes interest. | | $8,864.18 | $0.00 | $8,864.18 |
| 000029 070 7100-00 | TERZAN ENERGY II LLC 880980 S 3420 RD CHANDLER, OK 74834 | Unsecured (29-1) Filer Comment: Amount is unknown due to statements not being received after May of 2020. | | $0.00 | $0.00 | $0.00 |
| 00002B 070 7100-00 | BankDirect Capital Finance 150 North Filed Drive Suite 190 Lake Forest, IL 60045 | Unsecured Claim 2 $15,550.90  secured amount of $14,511.82 leaves unsecured amount of $1,039.08. | | $1,039.08 | $0.00 | $1,039.08 |
| 000030 070 7100-00 | Revard Oil & Gas Properties, Inc. P.O. Box 702294 Tulsa OK 74170 | Unsecured | | $7,652.72 | $0.00 | $7,652.72 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 4 | | ANALYSIS OF CLAIMS REGISTER | | Date: September 24, 2024 |

Case Number:   22-12088

Claim Class Sequence

Debtor Name:   KEYSTONE GAS CORPORATION

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000031 070 7100-00 | Daisy Dowty RCB Bank P.O. Box 189 Claremore, OK 74018 | Unsecured (31-1) Lien Entry Forms(31-2) Auto loans(31-3) From sale of collateral | | $21,591.68 | $0.00 | $21,591.68 |
| 000033 070 7100-00 | Concorde Resources Corporation P.O. Box 841 Eufaula OK 74432 | Unsecured (33-1) Filer Comment: unknown as to the amount of royalties that are due because the Creditor is not aware of the amount of gas sold attributable to its interests. | | $0.00 | $0.00 | $0.00 |
| 000035 070 7100-00 | Oakland Petroleum Operating 1801 East 71st Street Tulsa OK 74136 | Unsecured | | $12,142.00 | $0.00 | $12,142.00 |
| 000036 070 7100-00 | City of Yale c/o Wyatt D. Swinford 211 N. Robinson Ave., Ste. 1300 Oklahoma City, OK 73102 | Unsecured | | $74,734.32 | $0.00 | $74,734.32 |
| 000037 070 7100-00 | Yale Water and Sewer Trust c/o Wyatt D. Swinford 211 N. Robinson Ave., Ste. 1300 Oklahoma City, OK 73102 | Unsecured | | $1,639,020.82 | $0.00 | $1,639,020.82 |
| 000038 070 7100-00 | Huntington Energy, L.L.C. 908 N.W. 71st Street Oklahoma City OK 73116 | Unsecured | | $5,244.27 | $0.00 | $5,244.27 |
| 000039 070 7100-00 | J.J. & K. Oil Company LLC PO Box 1945 Oklahoma City OK 73101 | Unsecured | | $38,776.47 | $0.00 | $38,776.47 |
| 000040 070 7100-00 | Harris Oil Co., Inc. PO Box 1110 Cushing, OK 74023 | Unsecured (40-1) Filer Comment: unknown at this time but significantly exceeds the amount listed by debtor on its schedule of debts | | $0.00 | $0.00 | $0.00 |
| 000041 070 7100-00 | Little River Energy Co. PO Box 1113 Drumright OK 74030 | Unsecured (41-1) correct noticing address added to system | | $10,733.48 | $0.00 | $10,733.48 |
| 000042 070 7100-00 | KLO, LLC c/o David W. Kvach 321 S. Frankfort Avenue Tulsa OK 74120 | Unsecured | | $22,082.96 | $0.00 | $22,082.96 |
| 000043 070 7100-00 | Petco Petroleum Corporation 108 East Ogden Avenue Hinsdale IL 60521 | Unsecured | | $7,238.65 | $0.00 | $7,238.65 |
| 000045 070 7100-00 | US Department of the Interior Office of Natural Resources Revenue US Dept of Justice/Kay Sewell 210 Park Ave, Suite 400 Oklahoma City, OK 73102 | Unsecured | | $619,821.86 | $0.00 | $619,821.86 |

| | EXHIBIT C | |
|---|---|---|
| Page 5 | ANALYSIS OF CLAIMS REGISTER | Date: September 24, 2024 |

Case Number:    22-12088

Debtor Name:    KEYSTONE GAS CORPORATION

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000047<br>070<br>7100-00 | US Department of the Interior<br>Office of Natural Resources Revenue<br>Jeremy Lovekamp, Supt. BIA Pawnee<br>Agency<br>PO Box 440<br>Pawnee, OK 74058 | Unsecured | (47-1) Bureau of Indian Affairs, Pawnee Agency on behalf of Heirs of Sadie and Maud Blue Hawk | $5,500.00 | $0.00 | $5,500.00 |
| 000048<br>070<br>7100-00 | US Department of the Interior<br>Office of Natural Resources Revenue<br>Randall Hothouse, BIA Okmulgee<br>Agency<br>PO Box 370<br>Okmulgee, OK 74447 | Unsecured | (48-1) Bureau of Indian Affairs, Okmulgee Agency on behalf of Heirs of Susanna Dacon(48-2) Bureau of Indian Affairs, Okmulgee Agency on behalf of Heirs of Susanna Dacon<br>3/10/23 Amended claim filed | $3,066.67 | $0.00 | $3,066.67 |
| 00044C<br>070<br>7100-00 | Internal Revenue Service<br>1919 Smith Street, M/S 5024 HOU<br>Houston, TX 77002 | Unsecured | | $41,158.20 | $0.00 | $41,158.20 |
| 00044D<br>090<br>7400-00 | Internal Revenue Service<br>1919 Smith Street, M/S 5024 HOU<br>Houston, TX, 77002 | Unsecured<br>Penalties | | $174,736.61 | $0.00 | $174,736.61 |
| 0009B<br>090<br>7400-00 | Oklahoma Tax Commission<br>General Counsel's Office<br>PO Box 269056<br>Oklahoma City, OK 73126 | Unsecured | | $10,778.60 | $0.00 | $10,778.60 |
| 000002<br>050<br>4210-00 | BankDirect Capital Finance<br>150 North Field Drive<br>Suite 190<br>Lake Forest IL 60045 | Secured | | $14,511.82 | $0.00 | $14,511.82 |
| 000003<br>050<br>4800-00 | Lincoln County Treasurer<br>811 Manvel Avenue #6<br>Chandler OK 74834 | Secured | (3-2) Business personal taxes | $65,689.43 | $65,689.43 | $0.00 |
| 000007<br>050<br>4210-00 | Ally Bank c/o AIS Portfolio Services,<br>LLC<br>Payment Processing Center<br>PO Box 78367<br>Phoenix, AZ 85062 | Secured | | $10,375.33 | $0.00 | $10,375.33 |
| 000010<br>050<br>4210-00 | Ally Bank c/o AIS Portfolio Services,<br>LLC<br>Payment Processing Center<br>PO Box 78367<br>Phoenix, AZ 85062 | Secured | | $7,778.94 | $0.00 | $7,778.94 |
| 000026<br>050<br>4120-00 | Circle 9 Resources, LLC<br>c/o Phillips Murrah P.C.<br>101 North Robinson<br>Corporate Tower, 13th Floor<br>Oklahoma City, OK 73102 | Secured | | $45,007.00 | $45,007.00 | $0.00 |

Page 6

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 24, 2024

| Case Number: | 22-12088 | Claim Class Sequence |
| Debtor Name: | KEYSTONE GAS CORPORATION | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000034 050 4210-00 | Ally Bank c/o AIS Portfolio Services, LLC Payment Processing Center PO Box 78367 Phoenix, AZ 85062 | Secured | | $582.69 | $0.00 | $582.69 |
| 000044 050 4300-00 | Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia PA 19101 | Secured | | $262,928.66 | $262,928.66 | $0.00 |
| 000050 050 4800-00 | Creek County Treasurer 317 E. Lee, Room 201 Sapulpa OK 74066 | Secured | | $1,519,844.23 | $0.00 | $1,519,844.23 |
| | Case Totals: | | | $6,004,671.99 | $396,573.33 | $5,608,098.66 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 22-12088 SH
Case Name: KEYSTONE GAS CORPORATION
Trustee Name: John Mashburn

Balance on hand                                         $        50,470.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | BankDirect Capital Finance 150 North Field Drive Suite 190 Lake Forest IL 60045 | $      15,550.90 | $      14,511.82 | $          0.00 | $          0.00 |
| 000003 | Lincoln County Treasurer 811 Manvel Avenue #6 Chandler OK 74834 | $      65,689.43 | $      65,689.43 | $      65,689.43 | $          0.00 |
| 000007 | Ally Bank c/o AIS Portfolio Services, LLC Payment Processing Center PO Box 78367 Phoenix, AZ 85062 | $      10,375.33 | $      10,375.33 | $          0.00 | $          0.00 |
| 000010 | Ally Bank c/o AIS Portfolio Services, LLC Payment Processing Center PO Box 78367 Phoenix, AZ 85062 | $        7,778.94 | $        7,778.94 | $          0.00 | $          0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000026 | Circle 9 Resources, LLC c/o Phillips Murrah P.C. 101 North Robinson Corporate Tower, 13th Floor Oklahoma City, OK 73102 | $ 110,671.77 | $ 45,007.00 | $ 45,007.00 | $ 0.00 |
| 000034 | Ally Bank c/o AIS Portfolio Services, LLC Payment Processing Center PO Box 78367 Phoenix, AZ 85062 | $ 582.69 | $ 582.69 | $ 0.00 | $ 0.00 |
| 000044 | Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia PA 19101 | $ 806,555.94 | $ 262,928.66 | $ 262,928.66 | $ 0.00 |
| 000050 | Creek County Treasurer 317 E. Lee, Room 201 Sapulpa OK 74066 | $ 154,051.39 | $ 1,519,844.23 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $_____ 0.00

Remaining Balance $_____ 50,470.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: John Mashburn | $ 25,750.00 | $ 0.00 | $ 25,750.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Expenses: John Mashburn | $ 892.87 | $ 0.00 | $ 892.87 |
| Attorney for Trustee Fees: JOHN MASHBURN | $ 18,225.00 | $ 18,225.00 | $ 0.00 |
| Attorney for Trustee Expenses: JOHN MASHBURN | $ 1,283.92 | $ 1,283.92 | $ 0.00 |
| Other: STEVE RUTHERFORD | $ 3,037.50 | $ 3,037.50 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $_____26,642.87

Remaining Balance $_____23,827.19

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Navitas Utility Corporation | $ 128,499.94 | $ 0.00 | $ 9,298.67 |
| Other: Spencer Fane LLP | $ 200,772.08 | $ 0.00 | $ 14,528.52 |

Total to be paid for prior chapter administrative expenses $_____23,827.19

Remaining Balance $_____0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 692,521.47  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Oklahoma Tax Commission Attn: Legal PO Box 269056 Oklahoma City, OK 73126 | $ 127,599.01 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | Logan County Treasurer<br>PO Box 219<br>Guthrie OK 73044 | $ 18,298.78 | $ 0.00 | $ 0.00 |
| 000023 | Payne County Treasurer<br>315 W. 6th Avenue Ste 101<br>Stillwater OK 74074 | $ 180,186.30 | $ 0.00 | $ 0.00 |
| 000032 | Greg Sparks<br>P.O. Box 3897<br>Afton OK 74331 | $ 600.00 | $ 0.00 | $ 0.00 |
| 000046 | Pawnee County Treasurer<br>500 Harrison St Room 200<br>Pawnee OK 74058 | $ 37,312.36 | $ 0.00 | $ 0.00 |
| 000049 | OFFICE OF THE UNITED STATES TRUSTEE<br>P.O. BOX 608<br>ALBUQUERQUE, NM 87102 | $ 792.55 | $ 0.00 | $ 0.00 |
| 00044B | Internal Revenue Service<br>1919 Smith Street, M/S 5024 HOU<br>Houston, TX 77002 | $ 327,732.47 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors          $_____ 0.00

Remaining Balance          $_____ 0.00


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,841,544.66  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | $ 6,152.29 | $ 0.00 | $ 0.00 |
| 000004 | Creek County Treasurer<br>317 E. Lee, Room 201<br>Sapulpa OK 74066 | $ 94,401.43 | $ 0.00 | $ 0.00 |
| 000005 | Jacam Catalyst, LLC<br>205 S Broadway<br>Sterling, KS 67579 | $ 49,815.20 | $ 0.00 | $ 0.00 |
| 000006 | Pitney Bowes Inc<br>27 Waterview Dr, 3rd Fl<br>Shelton, CT 06484 | $ 3,438.10 | $ 0.00 | $ 0.00 |
| 000008 | Superior Pipeline Company, LLC<br>Attention: John Rosentreter<br>8200 South Unit Drive<br>Tulsa, OK 74132 | $ 40,089.14 | $ 0.00 | $ 0.00 |
| 000011 | Waukesha-Pearce Industries, LLC<br>2211 Norfolk<br>Suite 510<br>Houston, TX 77098 | $ 17,026.77 | $ 0.00 | $ 0.00 |
| 000012 | Airgas USA, LLC<br>P.O. Box 734671<br>Dallas TX 75373 | $ 82.06 | $ 0.00 | $ 0.00 |
| 000013 | Airgas USA, LLC<br>P.O. Box 734671<br>Dallas TX 75373 | $ 301.50 | $ 0.00 | $ 0.00 |
| 000014 | Cartledge & Cartledge Oil Co<br>PO Box 40<br>Kiefer OK 74041 | $ 2,500.00 | $ 0.00 | $ 0.00 |
| 000015 | First United Bank<br>c/o Wm. Riley Nix, Atty<br>717 N. Crockett St<br>Sherman, TX 75090 | $ 674.47 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | Aruba Petroleum, Inc. 7018 Stone Meadow Drive Dallas, TX 75230 | $ 8,899.01 | $ 0.00 | $ 0.00 |
| 000017 | Larry and/or Sheila Martin 346751 E 4200 Rd Pawnee, OK 74058 | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 000018 | Loki Oil LLC PO Box 142 Cushing, OK 74023 | $ 7,427.54 | $ 0.00 | $ 0.00 |
| 000019 | Eagle River Energy Corp. 3701 S. Orange Circle Broken Arrow OK 74011 | $ 2,822.40 | $ 0.00 | $ 0.00 |
| 000020 | Wells Fargo Vendor Financial Services, LLC P O Box 931093 Atlanta, GA 31193 | $ 7,804.02 | $ 0.00 | $ 0.00 |
| 000022 | Roger D Matheson 12900 E 19th Avenue Stillwater OK 74074 | $ 1,500.00 | $ 0.00 | $ 0.00 |
| 000025 | Oak Hill Petroleum Corporation 1611 Randel Road Oklahoma City OK 73116 | $ 11,344.58 | $ 0.00 | $ 0.00 |
| 000027 | Tucker Construction Co. Gray Reed Julia Edwards 1300 Post Oak Blvd. Ste. 200 Houston, TX 75056 | $ 58,598.79 | $ 0.00 | $ 0.00 |
| 000028 | Gungoll, Jackson, box & Devoll, P.C. 101 Park Avenue Suite 1400 Oklahoma City, OK 73102 | $ 8,864.18 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000029 | TERZAN ENERGY II LLC 880980 S 3420 RD CHANDLER, OK 74834 | $        0.00 | $        0.00 | $        0.00 |
| 000030 | Revard Oil & Gas Properties, Inc. P.O. Box 702294 Tulsa OK 74170 | $     7,652.72 | $        0.00 | $        0.00 |
| 000031 | Daisy Dowty RCB Bank P.O. Box 189 Claremore, OK 74018 | $    21,591.68 | $        0.00 | $        0.00 |
| 000033 | Concorde Resources Corporation P.O. Box 841 Eufaula OK 74432 | $        0.00 | $        0.00 | $        0.00 |
| 000035 | Oakland Petroleum Operating 1801 East 71st Street Tulsa OK 74136 | $    12,142.00 | $        0.00 | $        0.00 |
| 000036 | City of Yale c/o Wyatt D. Swinford 211 N. Robinson Ave., Ste. 1300 Oklahoma City, OK 73102 | $    74,734.32 | $        0.00 | $        0.00 |
| 000037 | Yale Water and Sewer Trust c/o Wyatt D. Swinford 211 N. Robinson Ave., Ste. 1300 Oklahoma City, OK 73102 | $ 1,639,020.82 | $        0.00 | $        0.00 |
| 000038 | Huntington Energy, L.L.C. 908 N.W. 71st Street Oklahoma City OK 73116 | $     5,244.27 | $        0.00 | $        0.00 |
| 000039 | J.J. & K. Oil Company LLC PO Box 1945 Oklahoma City OK 73101 | $    38,776.47 | $        0.00 | $        0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000040 | Harris Oil Co., Inc.<br>PO Box 1110<br>Cushing, OK 74023 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000041 | Little River Energy Co.<br>PO Box 1113<br>Drumright OK 74030 | $ 10,733.48 | $ 0.00 | $ 0.00 |
| 000042 | KLO, LLC<br>c/o David W. Kvach<br>321 S. Frankfort Avenue<br>Tulsa OK 74120 | $ 22,082.96 | $ 0.00 | $ 0.00 |
| 000043 | Petco Petroleum Corporation<br>108 East Ogden Avenue<br>Hinsdale IL 60521 | $ 7,238.65 | $ 0.00 | $ 0.00 |
| 000045 | US Department of the Interior<br>Office of Natural Resources Revenue<br>US Dept of Justice/Kay Sewell<br>210 Park Ave, Suite 400<br>Oklahoma City, OK 73102 | $ 619,821.86 | $ 0.00 | $ 0.00 |
| 000047 | US Department of the Interior<br>Office of Natural Resources Revenue<br>Jeremy Lovekamp, Supt.<br>BIA Pawnee Agency<br>PO Box 440<br>Pawnee, OK 74058 | $ 5,500.00 | $ 0.00 | $ 0.00 |
| 000048 | US Department of the Interior<br>Office of Natural Resources Revenue<br>Randall Hothouse, BIA Okmulgee Agency<br>PO Box 370<br>Okmulgee, OK 74447 | $ 3,066.67 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00002B | BankDirect Capital Finance 150 North Filed Drive Suite 190 Lake Forest, IL 60045 | $ 1,039.08 | $ 0.00 | $ 0.00 |
| 00044C | Internal Revenue Service 1919 Smith Street, M/S 5024 HOU Houston, TX 77002 | $ 41,158.20 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $_____ 0.00

Remaining Balance     $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 185,515.21  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 0009B | Oklahoma Tax Commission General Counsel's Office PO Box 269056 Oklahoma City, OK 73126 | $ 10,778.60 | $ 0.00 | $ 0.00 |
| 00044D | Internal Revenue Service 1919 Smith Street, M/S 5024 HOU Houston, TX, 77002 | $ 174,736.61 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors          $_____ 0.00

Remaining Balance          $_____ 0.00